UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOGETHER EMPLOYEES, by individual representatives, ROBERTA LANCIONE JOYCE MILLER, MARIA DIFRONZO, MICHAEL SACCOCCIO, ELIZABETH BIGGER, NATASHA DICICCO, NICHOLAS ARNO and RUBEN ALMEIDA, Plaintiffs<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED Defendant | CIVIL ACTION NO. |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND**

**FOR AND EVIDENTIARY HEARING AND EXPEDITED SCHEDULE**

Plaintiffs move, under Fed. R. Civ. P. 65 and Local Rule 7.1, for Preliminary Injunction for their claims of religious discrimination, disability discrimination and retaliation under Title VII and the ADA. Plaintiffs face imminent adverse action, including being placed on unpaid leave on October 20, 2021 and subsequently termination on November 5, 2021. Therefore, plaintiffs are seeking that this Court issue an expedited schedule and an evidentiary hearing so that they can present evidence, including witness testimony in support of their Motion for Preliminary Injunction.

1

Plaintiffs, by their attorneys,

/s/ Ryan P. McLane
Ryan P. McLane, Esq. (BBO: 697464)
Lauren Bradford, Esq. (BBO: 700084)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
ryan@mclanelaw.com
lauren@mclanelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2021, I caused the foregoing to be electronically filed through the Court's ECF system. I further certify that I will cause a true and correct copy of the foregoing, along with the Summons and Verified Complaint (ECF 1), to be served by process server on the defendant.

/s/ Ryan P. McLane
Attorney for Plaintiffs