UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOGETHER EMPLOYEES, by individual representatives, ROBERTA LANCIONE JOYCE MILLER, MARIA DIFRONZO, MICHAEL SACCOCCIO, ELIZABETH BIGGER, NATASHA DICICCO, NICHOLAS ARNO and RUBEN ALMEIDA, Plaintiffs<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED Defendant | CIVIL ACTION NO. |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiffs move, under Local Rule 7.1, for leave of Court to file excess pages. As it stands, their Memorandum of Law in Support of their Motion to Dismiss stands at 35 pages, including exhibits. As reasons for this request, plaintiffs assert:

1. This case involves a matter of great public importance, as it not only seeks to enforce religious rights under Title VII and disability rights under the ADA, but it impacts over two hundred plaintiffs and will likely have an impact on many other health care workers throughout the Commonwealth and the country.

2. Plaintiffs state that additional pages are necessary to adequately address the arguments supporting their claims under federal law and the irreparable harm that they will face if their Motion is denied.

3. Included within the 35-page Memorandum are eight pages of exhibits.

1

Plaintiffs, by their attorneys,

/s/ Ryan P. McLane
Ryan P. McLane, Esq. (BBO: 697464)
Lauren Bradford, Esq. (BBO: 700084)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
ryan@mclanelaw.com
lauren@mclanelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2021, I caused the foregoing to be electronically filed through the Court's ECF system. I further certify that I will cause a true and correct copy of the foregoing, along with the Summons and Verified Complaint (ECF 1), to be served by process server on the defendant.

/s/ Ryan P. McLane
Attorney for Plaintiffs