UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOGETHER EMPLOYEES, by Individual Representatives, ROBERTA LANCIONE, JOYCE MILLER, MARIA DIFRONZO, MICHAEL SACCOCCIO, ELIZABETH BIGGER, NATASHA DICICCO, NICHOLAS ARNO and RUBEN ALMEIDA,<br><br>Plaintiffs,<br><br>v.<br><br>MASS GENERAL BRIGHAM, INCORPORATED,<br><br>Defendant. | Civil Action No. 1:21-cv-11686 |

## NOTICE OF APPEARANCE OF LYNN A. KAPPELMAN

Kindly enter the appearance of Lynn A. Kappelman of Seyfarth Shaw LLP, as counsel for the defendant Mass General Brigham Incorporated in the above-referenced action.

Respectfully submitted,

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman (BBO# 642017)
lkappelman@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
TEL: (617) 946-4800
**Dated:** October 29, 2021   FAX: (617) 946-4801

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2021, a copy of the foregoing document was filed electronically through the Court's electronic filing system ("ECF system") and that counsel for Plaintiffs is a registered user of the ECF system. Notice of this filing will be sent by operation of the Court's ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

                                          */s/ Lynn A. Kappelman*
                                          Lynn A. Kappelman

76818683v.1