UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOGETHER EMPLOYEES, by individual representatives, ROBERTA LANCIONE JOYCE MILLER, MARIA DIFRONZO, MICHAEL SACCOCCIO, ELIZABETH BIGGER, NATASHA DICICCO, NICHOLAS ARNO and RUBEN ALMEIDA, Plaintiffs<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED Defendant | CIVIL ACTION NO. 1:21-cv-11686-FDS |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that plaintiffs appeal to the United States Court of Appeals for the First Circuit, from the District Court's Order Denying plaintiffs' Motion for Preliminary Injunction. The Order was read onto the record on November 4, 2021 and no written Order or Memorandum has been entered onto the docket. Under Rule 4(a)(2) of the Federal Rules of Appellate Procedure, plaintiffs file this Notice of Appeal prior to the District Court's entry.

/s/ Ryan P. McLane
Ryan P. McLane, Esq. (BBO: 697464)
Lauren Bradford, Esq. (BBO: 700084)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
ryan@mclanelaw.com
lauren@mclanelaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically with the Court on this November 5, 2021. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Ryan P. McLane
Attorney for Plaintiffs