UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOGETHER EMPLOYEES, by individual representatives, ROBERTA LANCIONE JOYCE MILLER, MARIA DIFRONZO, MICHAEL SACCOCCIO, ELIZABETH BIGGER, NATASHA DICICCO, NICHOLAS ARNO and RUBEN ALMEIDA, Plaintiffs<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED Defendant | CIVIL ACTION NO. 1:21-cv-11686-FDS |

**PLAINTIFFS' EMERGENCY MOTION FOR DECISION ON INJUNCTION PENDING APPEAL**

Plaintiffs move this Court to issue an **emergency/expedited** decision for injunction pending appeal. While this Court has already denied plaintiffs' Motion for Preliminary Injunction, plaintiffs have filed a Notice of Appeal of the District Court's Order and will be subsequently filing a Motion for Injunction Pending Appeal with the First Circuit Court of Appeals. This Motion is filed in accordance with the requirements of Fed. R. App. P. 8(a)(1)(C), which requires that a party move for the granting of an injunction in the District Court while an appeal is pending. Plaintiffs incorporate the same facts, reasons and legal arguments in favor

of its original motion in moving this Court for a decision on this Motion in accordance with the Federal Rules of Appellate Procedure.

\_\_/s/ Ryan P. McLane_____
Ryan P. McLane, Esq. (BBO: 697464)
Lauren Bradford, Esq. (BBO: 700084)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
ryan@mclanelaw.com
lauren@mclanelaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically with the Court on this November 5, 2021. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Ryan P. McLane
Attorney for Plaintiffs