UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOGETHER EMPLOYEES, by Individual Representatives, ROBERTA LANCIONE, JOYCE MILLER, MARIA DIFRONZO, MICHAEL SACCOCCIO, ELIZABETH BIGGER, NATASHA DICICCO, NICHOLAS ARNO and RUBEN ALMEIDA,<br><br>Plaintiffs,<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED,<br><br>Defendant. | Civil Action No. 1:21-cv-11686<br><br>Date Filed: December 7, 2021 |

**JOINT STIPULATION AND MOTION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs, Together Employees, by individual representatives Roberta Lancione, Joyce Miller, Maria DiFronzo, Michael Saccoccio, Elizabeth Bigger, Natasha DiCicco, Nicholas Arno, and Ruben Almeida (collectively, "Plaintiffs") and Defendant Mass General Brigham Incorporated ("MGB") (collectively, the "Parties"), by and through their respective attorneys hereby jointly request that the Court extend the current deadline for Defendant to respond to Plaintiffs' Complaint by two (2) weeks, to December 22, 2021.

In support of this Motion, the Parties hereby jointly stipulate to the following:

1. On October 17, 2021, Plaintiffs filed their Complaint in the District of Massachusetts. Dkt. 1.

2. MGB was served with the Complaint on or about October 18, 2021, making its response to the complaint originally due November 8, 2021. Dkt. 7.

3.     On October 25, 2021, the Parties filed a Joint Status Report in which Defendant requested a 30-day extension of time, up to and including December 8, 2021, to respond to Plaintiffs' Complaint, Dkt. 15, and the Court adopted that proposed schedule that same day. Dkt. 17.

4.     On December 6, 2021, counsel for the Parties conferred, and Plaintiffs' counsel indicated that they intend voluntarily to dismiss the unincorporated association (Together Employees) and agreed they would amend the Complaint by December 17, 2021.

5.     Defendant's counsel proposed that, in light of the forthcoming Amended Complaint, the Parties should stipulate to extend the deadline to respond to that Amended Complaint.

6.     The Parties mutually agreed to a two-week extension of the deadline for Defendant to respond to Plaintiffs' Amended Complaint, to December 22, 2021.

WHEREFORE, the Parties respectfully request that the Court grant an extension of time up to and including December 22, 2021 for Defendant to respond to Plaintiffs' Amended Complaint.

**DATED: December 7, 2021**  Respectfully submitted,

DEFENDANT

MASS GENERAL BRIGHAM INCORPORATED

By Its Attorneys,

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman (BBO# 642017)
Katherine E. Perrelli (BBO# 549820)
Kristin McGurn (BBO# 559687)
Dawn Reddy Solowey (BBO#567757)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
kperrelli@seyfarth.com
lkappelman@seyfarth.com
kmcgurn@seyfarth.com
dsolowey@seyfarth.com
TEL: (617) 946-4800
FAX: (617) 946-4801

PLAINTIFFS

By their attorneys,

*/s/ Ryan P. McLane*
Ryan P. McLane (BBO# 697464)
Lauren Bradford (BBO# 700084)
MCLANE & MCLANE, LLC
269 South Westfield Street
Feeding Hills, MA 01030
ryan@mclanelaw.com
lauren@mclanelaw.com

77760719v.1

## **CERTIFICATE OF SERVICE**

I, Lynn A. Kappelman, certify that on December 7, 2021, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the CM/ECF system.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman