UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOGETHER EMPLOYEES, by individual representatives, ROBERTA LANCIONE JOYCE MILLER, MARIA DIFRONZO, MICHAEL SACCOCCIO, ELIZABETH BIGGER, NATASHA DICICCO, NICHOLAS ARNO and RUBEN ALMEIDA, Plaintiffs<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED **Defendant** | NO. 1:21-cv-11686-FDS |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Fed. R. Civ. P. 41 and the parties' Joint Motion for Scheduling Order (ECF 54), plaintiffs:

1. Voluntarily dismiss the Unincorporated Association "Together Employees";

2. Voluntarily dismiss individually named plaintiff Elizabeth Bigger; and

3. Voluntarily dismiss their claim for retaliation as outlined in the initial Complaint (ECF 1).

The dismissal of Together Employees is to be with prejudice, per agreement between the parties. The remaining dismissals are without prejudice, in accordance with Rule 41. Per the aforementioned Joint Motion, the remaining original plaintiffs and additional plaintiffs will be listed on an Amended Complaint, along with their respective claims.

1

        Plaintiffs, by their attorneys,

          /s/ Ryan P. McLane
        Ryan P. McLane, Esq. (BBO: 697464)
        Lauren Bradford, Esq. (BBO: 700084)
        McLane & McLane, LLC
        269 South Westfield Street
        Feeding Hills, MA 01030
        Ph. (413) 789-7771
        Fax (413) 789-7731
        ryan@mclanelaw.com
        lauren@mclanelaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically with the Court on this December 17, 2021. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Ryan P. McLane
Attorney for Plaintiffs