UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERTA LANCIONE, JOYCE MILLER, MARIA DIFRONZO, MICHAEL SACCOCCIO, CAINE DUFRENE, LORI FLUERY, KERRY HAINES, SCOTT HOOPER, SUSAN MARCONI, KELLY REYNOLDAS, CHRISTINE RITROVATO, SARAH WADE, JAMES WINES, MD, JILL DISCROLL, MARISSA WILLIAMS, TYLER ADAMS, MELISSA CANDIDO, LISA CATES, ALAN DOHERTY, JANE DONEGAN, KASIE PASQUANTONIO, MONALSIA PIERRE, MELISSA PINNETTI, JENNIFER TONE, NATASHA DICICCO, NICHOLAS ARNO, RUBEN ALMEIDA, MIMI ADAMS JOHN ALFMA, JENNIFER TONE, ALEXANDRA ALEXANDROVA, JOHN ALFMA, NYKIESHA ALLIEN, CHARLOTTE AMEDEE, TRACY ANDERSON, MEREDITH ANDERSON, ALICIA ATTARIAN, CLARISSE BACALONG, PAMELA BARONE, STEPHEN BARRY, JENNIFER BECKWITH, KATHLEEN BEEDE, CATHERINE BERNARDONE, LINDA BERUBE-WALKER, KELLY BIANCHI, BRITTINI BIEKER, TIFFANY BIGHAM, LORA BLANK, URSZULA BORYCZKA, JOSETTE BRITTON, KRISTEN BROUILLARD, ERIN BROWN, BRENDA BROWN-THAWE, CHRIS BURT, RAQUEL BUSTILLO, DENISE CADIGAN, MARIA CAPOZZI, GAIL CARACCIOLO, MAYRA CARDONA, DWIGHT CAUFIELD, ELIZABETH CHASSION, SUSAN CHASE, ANDREA CITRONE, ALICIA CLANCY, PATRICIA CLARK, COURTNEY CONCILLO, | NO. 1:21-cv-11686-FDS |

1

MADELINE CONLEY, LAURA CONWAY,
COURTNEY COPPOLA,
KELLY CORONA-WELCH,
DANIEL CORREIA,
MARIA COVIELLO POLITO,
ELISANGELA CUNHA-AFONSO,
TAYLOR CURLEY, MARK DALIMONTE,
JILL DANIELS, MICHELE DEFORGE,
JEANMARIE DEVINE, DMITRI DONCEV,
JOAN DUFFY, JESSIKA DUNN,
CARLOS DURAN, MD, JENNIFER DURAN,
ANIKA EBANKS, TANSHEKA EDWARDS,
TOM EMERSON, CHRISTOPHER ERICKSON,
SANDRA FEDERICO, ZINNIA FELICIANO,
DENISE FLATHERS, LISA FOLEY,
KRIS FORDE, JEANNINE FOTINO,
RALPH FRASCA, LAINA FRAZIER,
RUTH FRENCHWOOD, LISA FRENI,
KATHLEEN FUSCO, MELISSA GABLE,
MARYNA GARBITT, LUISA GARCIA,
KRISTEN GAUTHIER, CARMELA GISO,
ELIZABETH GOMES, JOLENE GONSALVES,
NELIDA GONZALEZ, SARAH GRAFFAM,
DAVID GRANARA, SAMANTHA GROSS,
MARTINA GROVES-WILLIAMS,
JAMIE HADAYIA, ADIL HAITI,
ASHLEY HAMMEL, FRANCESCA HIRTLE,
MARISSA HOFFMAN, W. SOTT HODGE,
FLORENCE HOLMES,
JEANMARIE HOLMES, DENISE HOMKA,
JENNIFER HOWARD, BEVERLY HUPFER,
MARTHA ITHIER, STEVE JEAN-MARY
JESSICA JOACHIM, TERESA KANAISKI,
JASON KARANZAS, WILLIAM KASPER,
KONSTANTIN KERENTSEV,
LUBJANA KOLI, JULIA KRAFICK,
ANDREE LAFLASH, MARIE LAFRENIERE,
JOSEPH LAMONTAGNE, SUSAN LEAVITT,
KATHERINE LEMMERTZ,
ANN MARIE LILLY, KIM LITALIEN,
JILLIAN LITTO, MICHELLE LOGAN,
SHANNON LUNDIN, CHRISTA LUONGO,
LEAH MACHADO, ANGEL MACLEOD-RUO,
SARAH MALONEY, AMANDA MARCHIONDA,

MARIA MARGARIS, LORRAINE MARTIN,
GINA MASTRO, LISA MASTROMATTEO,
BARBARA MATTESON, JESSICA MCDONALD,
DEVAN MCDONALD,
JANICE MCDONALD, NICHOLAS MCKAY,
ROSEANN MCNAMARA,
ROBIN MEADOWS, STEFANIE MICHAEL,
SARA MILES, YULIYA MIRONOVAS,
MICHELLE MORENA,
RAECHEL MORGANTO,
ALICE MORRISON, LORI MUNRO,
KAREN O'CONNOR,
MICHELLE ORFANOS, LISA ORRALL,
JULIA PAGLIUCA, SCOTT PALLADINO,
MALINDO PAULINO, TERESA PENTA,
ANDREA PITTORE MCMANUS,
JHANEL M POTTS, CHARLES RILEY,
NICOLE ROBERTO, GRACINDA ROCHDI,
JESSICA RODRIGUEZ,
DEBRA RODRIGUEZ, ERICKA ROLLINS,
FELYN ROSARIO, ANN ROWAND,
MARIA RUPNICK, MD, LAURA RYAN,
ELAINE SAMARIS-HARRINGTON,
BRENDA SANTIAGO, SARAH SHULMAN,
ELIZABETH SILVA, NIKKIA SIMPSON,
ANNE SMAIL, WENDY SOUMAS,
DANIELLE STEVENS,
JAMIE STEVERMAN, MICHAEL STRONG,
JOSHUA SUDBEY, ANNA SYLVIA
HEATHER SZYMCZAK,
UMBERTO TATAFIORE,
ANTHONY TAVERNA, LISA TOBIO,
KELLY TODD,
DANIELLE MARIE TOMASELLO,
RUTH TONICO, JANE TORRANCE,
NELDINE TORRES, NICOLE TOWNE,
LAURA TREMBLAY, ROSANNA URSINO,
CAROLINE VENTOLA, LUCIA VENTURA,
FRIVIAN VICENTE, PATRICIA VOSIKAS,
ATHINA VRANISHTI, SHEILA WALSH,
LEEANN WHALLEY,
HENRIETTA WILLIAMS,
MARKIAN ZAIATS, MARITZA ZULUAGA,
KIEN NGUYEN, ESTHER JONES,

**PATRICIA PARKER,**
**AMILCAR CARDOSO,**
**MARIA CRIVELLO, CORRINE VALSTYN,**
**FRANCINE LAFOREST, and**
**LEANDRO ALCANTARA,**
**Plaintiffs**

v.

**MASS GENERAL BRIGHAM**
**INCORPORATED,**
<u>**Defendant**                                            </u>

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan McLane, as counsel for the Plaintiffs in the above-referenced case.

                                                          Respectfully submitted,

                                                   <u>  /s/ Ryan P. McLane            </u>
                                                   Ryan P. McLane, Esq. (BBO: 697464)
                                                   McLane & McLane, LLC
                                                   269 South Westfield Street
                                                   Feeding Hills, MA 01030
                                                   Ph. (413) 789-7771
                                                   Fax (413) 789-7731
                                                   E-mail: ryan@mclanelaw.com

## CERTIFICATE OF SERVICE

I certify that, on December 22, 2021, this document was filed electronically through the Electronic Case Filing (ECF) and emailed to counsel of record.

<u>         /s/ Ryan P. McLane          </u>
Ryan P. McLane, Esq.

4