UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERTA LANCIONE, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED,<br><br>   Defendant. | Civil Action No. 1:21-cv-11686 |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

 Pursuant to Fed. R. Civ. P. 26(c), Roberta Lancione and the 222 other Plaintiffs ("Plaintiffs") and Defendant Mass General Brigham Incorporated ("MGB" or "Defendant"), through their respective counsel, hereby jointly move the Court for an Order approving and entering the Stipulated Confidentiality Protective Order attached hereto as <u>Exhibit 1</u>. As grounds for this joint motion, the parties state as follows:

 1. The parties agree that certain information that has been, or is anticipated to be, requested and exchanged in discovery in the above-captioned matter constitutes confidential and sensitive corporate information and/or personal information that must be subject to reasonable protections against disclosure outside the context of the litigation.

 2. The parties have stipulated to the entry of the attached Stipulated Protective Order as an alternative to presenting to the Court any disputes regarding the production of such information. This Stipulated Protective Order is in addition to the Protective Order that this Court entered on December 22, 2021. *See* Dkt. 60.

 WHEREFORE, Plaintiffs and Defendant respectfully request that the Court approve and enter the Stipulated Confidentiality Protective Order attached hereto as <u>Exhibit 1</u>.

Dated:  February 22, 2022                                  Respectfully Submitted,

| | |
|---|---|
| */s/ Ryan P. McLane* <br> Ryan P. McLane (BBO# 697464) <br> Lauren Bradford (BBO# 700084) <br> McLane & McLane, LLC <br> 269 South Westfield Street <br> Feeding Hills, MA 01030 <br> ryan@mclanelaw.com <br> lauren@mclanelaw.com <br> TEL: (413) 789-7771 <br> FAX: (413) 789-7731 <br><br> COUNSEL FOR PLAINTIFFS | */s/ Lynn A. Kappelman* <br> Lynn A. Kappelman (BBO# 642017) <br> Katherine E. Perrelli (BBO# 549820) <br> Kristin McGurn (BBO# 559687) <br> Dawn Reddy Solowey (BBO# 567757) <br> SEYFARTH SHAW LLP <br> Seaport East <br> Two Seaport Lane, Suite 1200 <br> Boston, MA 02210-2028 <br> kperrelli@seyfarth.com <br> lkappelman@seyfarth.com <br> kmcgurn@seyfarth.com <br> dsolowey@seyfarth.com <br> TEL: (617) 946-4800 <br> FAX: (617) 946-4801 <br><br> COUNSEL FOR DEFENDANT |

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 22, 2022, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman