UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERTA LANCIONE, et al.**

**Plaintiffs**

v.                                                                                                  NO.  1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM
INCORPORATED,
Defendant**

## STIPULATION OF DISMISSAL

The parties agree, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), that the following plaintiffs will be dismissed from the above action, with prejudice, without costs and waiving any right to appeal.

1. Carlos Duran
2. Jennifer Duran
3. Nelida Gonzalez
4. JeanMarie Devine
5. Brenda Brown-Thawe
6. Danielle Tomasello
7. Jennifer Howard
8. Kelly Reynolds
9. LeAnn Whaley

| | |
|---|---|
| PLAINTIFFS,<br>By Their Attorneys | DEFENDANT,<br>By Its Attorneys, |
|    /s/ Ryan P. McLane<br>Ryan P. McLane (BBO# 697464)<br>Lauren Bradford (BBO# 700084)<br>McLane & McLane<br>269 South Westfield Street<br>P.O. Box 105<br>Feeding Hills, MA 01030<br>(413) 789-7771<br>ryan@mclanelaw.com<br>lauren@mclanelaw.com |    /s/ Lynn A. Kappelman<br>Lynn A. Kappelman (BBO# 642017)<br>Katherine E. Perrelli (BBO# 549820)<br>Kristin McGurn (BBO# 559687)<br>Dawn Reddy Solowey (BBO#567757)<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210-2028<br>kperrelli@seyfarth.com<br>lkappelman@seyfarth.com<br>kmcgurn@seyfarth.com<br>dsolowey@seyfarth.com<br>(617) 946-4800 |