UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERTA LANCIONE, et al.**

**Plaintiffs**

v.  NO.  1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM INCORPORATED,**
**Defendant**

## STIPULATION OF DISMISSAL

The parties agree, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), that the following plaintiffs will be dismissed from the above action, with prejudice, without costs and waiving any right to appeal.

1. Tiffany Bigham
2. Kimberly Litalien
3. Lisa Orrall
4. Michele Deforge
5. Christopher Burt

| | |
|---|---|
| PLAINTIFFS,<br>By Their Attorneys | DEFENDANT,<br>By Its Attorneys, |
| /s/ Ryan P. McLane<br>Ryan P. McLane (BBO# 697464)<br>Lauren Bradford (BBO# 700084)<br>McLane & McLane<br>269 South Westfield Street | /s/ Lynn Kappelman<br>Lynn A. Kappelman (BBO# 642017)<br>Katherine E. Perrelli (BBO# 549820) Kristin McGurn (BBO# 559687) Dawn Reddy Solowey (BBO#567757) |

1

P.O. Box 105
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com
lauren@mclanelaw.com

SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
kperrelli@seyfarth.com
lkappelman@seyfarth.com
kmcgurn@seyfarth.com
dsolowey@seyfarth.com
(617) 946-4800