UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERTA LANCIONE, et al.**

**Plaintiffs**

v.  NO. 1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM INCORPORATED,**
<u>**Defendant**</u>

## STIPULATION OF DISMISSAL

The parties agree, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), that the following plaintiffs will be dismissed from the above action, with prejudice, without costs and waiving any right to appeal.

1. Dmitri Doncev
2. Tracy Anderson
3. Ruth Tonico
4. Kelly Todd
5. Sarah Graffam
6. Lorraine Martin
7. Amanda Marchionda
8. Andree Laflash
9. Julia Krafick
10. Jessika Dunn
11. Janice McDonald

12. Denise Homka

13. Henrietta Williams

14. Devan McDonald

15. Mark Dalimonte

16. Courtney Concilio

17. Kathleen Beede

18. Angelo MacLeod-Ruo

19. Amilrar Cardoso

20. Roberta Lancione

21. Lubjana Koli

| PLAINTIFFS, | DEFENDANT, |
| By Their Attorneys | By Its Attorneys, |
| /s/ Ryan P. McLane | /s/ Lynn A. Kappelman |
| Ryan P. McLane (BBO# 697464) | Lynn A. Kappelman (BBO# 642017) |
| Lauren Bradford (BBO# 700084) | Katherine E. Perrelli (BBO# 549820) |
| McLane & McLane | Kristin McGurn (BBO# 559687) |
| 269 South Westfield Street | Dawn Reddy Solowey (BBO#567757) |
| P.O. Box 105 | SEYFARTH SHAW LLP |
| Feeding Hills, MA 01030 | Two Seaport Lane, Suite 1200 |
| (413) 789-7771 | Boston, MA 02210-2028 |
| ryan@mclanelaw.com | kperrelli@seyfarth.com |
| lauren@mclanelaw.com | lkappelman@seyfarth.com |
| | kmcgurn@seyfarth.com |
| | dsolowey@seyfarth.com |
| | (617) 946-4800 |