UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERTA LANCIONE, et al.**

**Plaintiffs**

v.  NO. 1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM INCORPORATED,
Defendant**

## MOTION TO WITHDRAW AS COUNSEL

Counsel for the plaintiffs, in accordance with Local Rule 83.5.2 and MRPC 1.16, seeks to withdraw from representing the following plaintiffs in the above action:

1. Brittini Bieker
2. Susan Chase
3. Kristen Gauthier
4. Jessica Rodriguez
5. Brenda Santiago
6. Jessica McDonald
7. Felyn Rosario
8. Malinda Paulino
9. Nikkia Simpson
10. William Kasper
11. Laina Frazier
12. Athina Vranishti
13. Ruben Almeida

1

Counsel for the plaintiffs has included herewith a Declaration in support of this Motion. Notice was mailed via first-class mail on April 19, 2022, in accordance with Local Rule 83.5.2(d). Counsel also requests that due to the Scheduling Order (Dkt. 56), that time being of the essence with discovery, and the lack of responses and/or cooperation outlined in the Declaration, that the 14-day time period for opposition be reduced.

          PLAINTIFFS,
          By Their Attorneys

          /s/ Ryan P. McLane
          Ryan P. McLane (BBO# 697464)
          Lauren Bradford (BBO# 700084)
          McLane & McLane
          269 South Westfield Street
          P.O. Box 105
          Feeding Hills, MA 01030
          (413) 789-7771
          ryan@mclanelaw.com
          lauren@mclanelaw.com

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a true copy of the above document was served upon the parties via first class mail and attorneys of record by ECF on April 20, 2022.

          **/s/**
          Ryan P. McLane, Esq.