UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT LANCIONE, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 1:21-cv-11686 |
| v. ) | |
| ) | |
| MASS GENERAL BRIGHAM ) | |
| INCORPORATED ) | |
| ) | |
| Defendant ) | |

**NOTICE OF APPEARANCE FOR PLAINTIFF JAMIE WINES, M.D.**

The undersigned Atty. David F. Kiah gives notice of his appearance for Plaintiff Jamie Wines, M.D.

Dated: April 29, 2022

Respectfully submitted,

*/s/ David F. Kiah*

Atty. David F. Kiah; BBO# 699623
P.O. Box 35844
Brighton, Ma. 02135
781-530-6688
dkiah@live.com

Certificate of service on next page

## CERTIFICATE OF SERVICE

      I certify that a true copy of the above document was served on April 29, 2022 at 12:50 PM upon attorneys for the Defendant via email attachment at the following addresses:

        Lynn A. Kappelman, Esq.
        Katherine E. Perrelli, Esq.
        Kristin McGurn, Esq.
        Dawn Reddy Solowey, Esq.
        SEYFARTH SHAW LLP
        Seaport East
        Two Seaport Lane, Suite 1200
        Boston, MA 02210-2028
        kperrelli@seyfarth.com
        lkappelman@seyfarth.com
        kmcgurn@seyfarth.com
        dsolowey@seyfarth.com
        TEL: (617) 946-4800
        FAX: (617) 946-4801

*/s/ David F. Kiah*

Atty. David F. Kiah; BBO# 699623