UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERTA LANCIONE, et al.**

**Plaintiffs**

v.                                                                                  NO.  1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM
INCORPORATED,
Defendant**

## MOTION TO WITHDRAW AS COUNSEL

Counsel for the plaintiffs, in accordance with Local Rule 83.5.2 and MRPC 1.16, seeks to withdraw from representing the following plaintiffs in the above action:

1. Denise Flathers
2. Elizabete Gomes
3. Teresa Kanalski
4. Jillian Litto

Notice will be mailed via first-class mail on May 5, 2022, in accordance with Local Rule 83.5.2(d). Counsel also requests that due to the hearing date scheduled for May 11, 2022, that the 14-day time period for opposition be reduced and that this motion be heard and consolidated with the pending Motion to Withdraw (Dkt. 80).

PLAINTIFFS,
By Their Attorneys


   /s/ Ryan P. McLane
Ryan P. McLane (BBO# 697464)
Lauren Bradford (BBO# 700084)
McLane & McLane
269 South Westfield Street
P.O. Box 105
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com
lauren@mclanelaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the above document was served upon the parties via first class mail and attorneys of record by ECF on May 4, 2022.

   /s/
Ryan P. McLane, Esq.