UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERTA LANCIONE, et al.**

**Plaintiffs**

v.                                                                                   NO.  1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM INCORPORATED,**
**Defendant**

**ASSENTED-TO SUPPLEMENT TO MOTION TO WITHDRAW**

Counsel for Plaintiffs files this supplement to notify the Court that Susan Chase should be removed from the Motion to Withdraw (Dkt. 80). As reason therefore, Plaintiff Chase has regained contact with her Attorneys and is cooperating with our firm toward providing discovery. This Supplement is Assented-to by Counsel for the Defendant.

         /s/ Ryan P. McLane
Ryan P. McLane (BBO# 697464)
Lauren Bradford (BBO# 700084)
McLane & McLane
269 South Westfield Street
P.O. Box 105
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com
lauren@mclanelaw.com

**CERTIFICATE OF SERVICE**

   I do hereby certify that a true copy of the above document was served upon the parties and/or attorneys of record by ECF on May 12, 2022.

                             /s/
                    Ryan P. McLane, Esq.

1