UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYLER ADAMS, et al.,[1] ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 21-11686-FDS |
| MASS GENERAL BRIGHAM ) | |
| INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

# NOTICE AND ORDER OF THE COURT

**SAYLOR, C.J.**

The Court hereby gives notice and orders as follows:

1. The Court hereby grants the Motions to Withdraw (Dkt. Nos. 80, 88), filed by Ryan McLane and Lauren Bradford of McLane & McLane, that sought to withdraw from representation of the following plaintiffs in this action: Brittai Bieker,[2] Kristen Gauthier, Jessica Rodriguez, Brenda Santiago, Jessica McDonald, Felyn Rosario, Malinda Paulino, Nikkia Simpson, William Kasper, Laina Frazier, Athina Vranishti, Ruben Almeida, Denise Flathers, Elizabete Gomes, Teresa Kanalski, and Jillian Litto.[3]

2. Therefore, as of this date, the plaintiffs listed in Paragraph 1 of this Notice and

---

[1] This case was previously captioned *Lancione, et al. v. Mass General Brigham Inc*. but was renamed after plaintiff Lancione dismissed her claims with prejudice.

[2] The parties' proposed Notice and Order refers to plaintiff as Brittai Bieker, but the Motion to Withdraw refers to her as Brittini Bieker.

[3] McLane & McLane has advised the Court that they no longer seek to withdraw from representation of Susan Chase because she has now begun cooperating with them toward meeting her discovery obligations.

Order are no longer represented by Ryan McLane and Lauren Bradford of McLane & McLane.

   3. Plaintiffs listed in Paragraph 1 of this Notice and Order may choose to proceed in this action *pro se* (meaning without an attorney) or may retain a new attorney. Any plaintiff who wishes to proceed without an attorney must provide the Court in writing with current contact information, including mailing address, e-mail address, and telephone number, and must keep that information up to date. **Failure to do so may result in dismissal of that plaintiff's claim.**

   4. In order to remain a party to this case, plaintiffs listed in Paragraph 1 of this Notice and Order **must answer in full** the Questionnaire (including but not limited to producing all requested documents) and Requests for Admission that were approved by this Court (Dkt. No. 72) on March 15, 2022, and served on plaintiffs by Mass General Brigham on March 16, 2022. Plaintiffs must serve such discovery on the attorneys for Mass General Brigham by e-mail no later than 21 days from the date of this Notice—that is, by June 6, 2022, at 5 p.m. That discovery must be served by e-mail to Lynn A. Kappelman at lkappelman@seyfarth.com and Dawn R. Solowey at dsolowey@seyfarth.com. **Failure to provide such discovery will result in dismissal of that plaintiff's claims with prejudice for failure to prosecute.**

   5. McLane & McLane has provided last known mail and e-mail addresses for each plaintiff listed in Paragraph 1 of this Notice and Order. The clerk is directed to effect service of this Notice on each such plaintiff at those addresses by both first-class mail and e-mail.

**So Ordered.**

Dated: May 16, 2022

/s/ F. Dennis Saylor IV  
F. Dennis Saylor IV  
Chief Judge, United States District Court