UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYLER ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASS GENERAL BRIGHAM INCORPORATED, <br><br> Defendant. | Civil Action No. 1:21-cv-11686 |

**DEFENDANT MASS GENERAL BRIGHAM INCORPORATED'S NOTICE OF CERTAIN PLAINTIFFS' NON-COMPLIANCE WITH NOTICE AND ORDER OF THE COURT (DOC. 94) AND REQUEST FOR DISMISSAL WITH PREJUDICE FOR FAILURE TO PROSECUTE**

Per this Court's Notice and Order dated May 16, 2022, *see* Doc. 94 ("Notice and Order"), Defendant Mass General Brigham Incorporated ("MGB") hereby notifies this Court that, with the exception of Plaintiff Laina Frazier, none of the plaintiffs listed in Paragraph 1 of the Notice and Order have complied with their discovery obligations.

As this Court ordered, the Plaintiffs listed in Paragraph 1 of the Notice and Order were to answer the Questionnaire (including but not limited to producing all requested documents) and Requests for Admission that were approved by this Court (Dkt No. 72) on March 15, 2022. Those Plaintiffs were ordered to serve such discovery on the attorneys for MGB by e-mail no later than June 6, 2022 at 5 P.M. As of the filing of this notice, only Plaintiff Frazier has served any discovery responses. The remainder have neither served any discovery responses nor otherwise communicated with MGB's attorneys regarding their discovery responses.

84193412v.2

Accordingly, MGB respectfully notifies this Court that, with the exception of Plaintiff Frazier, the foregoing Plaintiffs have failed to provide discovery and have not complied with this Court's Notice and Order. MGB respectfully requests that this Court dismiss those Plaintiffs' claims with prejudice for failure to prosecute.

**Dated:** June 7, 2022

MASS GENERAL BRIGHAM INCORPORATED

By Its Attorneys,

Respectfully Submitted,

*/s/ Dawn R. Solowey*
Lynn A. Kappelman (BBO# 642017)
Katherine E. Perrelli (BBO# 549820)
Kristin McGurn (BBO# 559687)
Dawn Reddy Solowey (BBO# 567757)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
kperrelli@seyfarth.com
lkappelman@seyfarth.com
kmcgurn@seyfarth.com
dsolowey@seyfarth.com
TEL: (617) 946-4800
FAX: (617) 946-4801

## CERTIFICATE OF SERVICE

I, Dawn R. Solowey, certify that on June 7, 2022, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the CM/ECF system.

*/s/ Dawn R. Solowey*
Dawn R. Solowey

84193412v.2