UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TYLER ADAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 21-11686-FDS |
| MASS GENERAL BRIGHAM | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER OF DISMISSAL

SAYLOR, C.J.

On May 16, 2022, the Court entered a Notice and Order granting the motions to withdraw

filed by Ryan McLane and Lauren Bradford of McLane & McLane as to certain plaintiffs in this

action.  The Court directed those plaintiffs to answer in full the Questionnaire and Requests for

Admission by June 6, 2022.  The Notice and Order advised that failure to provide such discovery

would result in dismissal of that plaintiff's claims with prejudice for failure to prosecute.

On June 7, 2022, defendant filed a notice and request for dismissal.  It represented that

with the exception of plaintiff Laina Frazier, none of the plaintiffs listed in the Notice and Order

complied with their discovery obligations by the Court's deadline.

Accordingly, the claims of plaintiffs Brittai Bieker,[1] Kristen Gauthier, Jessica Rodriguez,

Brenda Santiago, Jessica McDonald, Felyn Rosario, Malinda Paulino, Nikkia Simpson, William

---

[1] The parties' proposed Notice and Order refers to plaintiff as Brittai Bieker, but the Motion to Withdraw refers to her as Brittini Bieker.

2

Kasper, Athina Vranishti, Ruben Almeida, Denise Flathers, Elizabete Gomes, Teresa Kanalski,

and Jillian Litto are hereby DISMISSED from this action with prejudice for failure to prosecute.

**So Ordered.**

/s/ F. Dennis Saylor IV

F. Dennis Saylor IV

Dated: June 10, 2022            Chief Judge, United States District Court