UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT LANCIONE, et al. | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-11686 |
| MASS GENERAL BRIGHAM INCORPORATED | ) ) ) ) | |
| Defendant | ) ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JAMES D. WINES, M.D.**

The undersigned Atty. David F. Kiah respectfully requests permission to withdraw as counsel for Plaintiff James D. Wines, M.D. Dr. Wines wishes to proceed pro se.

As a final matter, Dr. Wines has outstanding discovery matters. He wishes to file a motion in that regard which is a motion for a protective order on the Defendant's request for medical information and for disclosure of the identity of certain people. He also wishes to file a separate motion to conduct his own independent discovery related to his claims.

WHEREFORE, the undersigned counsel for Dr. Wines requests that the Court grant him permission to withdraw as his counsel.

Dated: June 20, 2022

Respectfully submitted,

*/s/ David F. Kiah*
Atty. David F. Kiah; BBO# 699623
P.O. Box 35844
Brighton, Ma. 02135
781-530-6688
dkiah@live.com

(Certificate of service on next page)

-1-

-2-

## CERTIFICATE OF SERVICE

   I certify that a true copy of the above document was served on June 13, 2022 upon attorneys for the Defendant via email attachment at the following addresses:

      Lynn A. Kappelman, Esq.
      Katherine E. Perrelli, Esq.
      Kristin McGurn, Esq.
      Dawn Reddy Solowey, Esq.
      SEYFARTH SHAW LLP
      Seaport East
      Two Seaport Lane, Suite 1200
      Boston, MA 02210-2028
      kperrelli@seyfarth.com
      lkappelman@seyfarth.com
      kmcgurn@seyfarth.com
      dsolowey@seyfarth.com
      TEL: (617) 946-4800
      FAX: (617) 946-4801

*/s/ David F. Kiah*
Atty. David F. Kiah; BBO# 699623