UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2022 JUN 27 PM 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TYLER ADAMS, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MASS GENERAL BRIGHAM )<br>INCORPORATED )<br>)<br>Defendant )<br>) | Civil Action No. 1:21-cv-11686-FDS |

## PLAINTIFF JAMES D. WINES, JR. NOTICE OF SELF-REPRESENTATION

The Plaintiff, James D. Wines, Jr., M.D., M.P.H., respectfully gives notice that he is proceeding pro se. Also, he requests permission to E-file documents.

His contact information is:

    James D. Wines, M.D., M.P.H.
    51 Sea Ave
    Quincy, MA 02169
    617-755-1087
    jamiewines@comcast.net

Dated: June 27, 2022

Respectfully submitted,

/s/ James D. Wines, Jr., M.D., M.P.H.
James D. Wines, Jr., M.D., M.P.H.
*Pro se*
51 Sea Ave
Quincy, MA 02169
617-755-1087
jamiewines@comcast.net

(certificate of service on next page)

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served on June 27, 2022 upon attorneys for the Defendant via email attachment at the following addresses:

| | |
|---|---|
| Lynn A. Kappelman, Esq.<br>Katherine E. Perrelli, Esq.<br>Kristin McGurn, Esq.<br>Dawn Reddy Solowey, Esq.<br>kperrelli@seyfarth.com<br>lkappelman@seyfarth.com<br>kmcgurn@seyfarth.com<br>dsolowey@seyfarth.com | SEYFARTH SHAW LLP<br>Seaport East<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210-2028<br>TEL: (617) 946-4800<br>FAX: (617) 946-4801 |

/s/ James D. Wines, Jr., M.D., M.P.H.

James D. Wines, Jr., M.D., M.P.H.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify pursuant to Local Rule 7.1(a)(2) that on June 27, 2022, I conferred in good faith with opposing counsel.

/s/ James D. Wines, Jr., M.D., M.P.H.

James D. Wines, Jr., M.D., M.P.H.