UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYLER ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASS GENERAL BRIGHAM INCORPORATED, <br><br> Defendant. | Civil Action No. 1:21-cv-11686-FDS |

**JOINT STATUS REPORT**

Subsequent to the status conference held on August 23, 2022 and in advance of the status conference this afternoon, the Parties report the following:

***Pro Se* Plaintiff James Wines Failed to Produce Questionnaire Responses as Ordered**

During the status conference, this Court ordered Plaintiff Wines to provide his outstanding questionnaire responses by Friday, September 2, 2022.  At the time of filing, Plaintiff Wines has still not produced his questionnaire responses.  MGB intends promptly to move to dismiss Plaintiff Wines' claims with prejudice as a result of his refusal to comply with his discovery obligations.

**Plaintiff Wines Has Not Signed the Modified Protective Order Acknowledgement Form**

Like every other Plaintiff in this case, Plaintiff Wines must sign the Court-ordered protective order acknowledgment form as a prerequisite to learning the name of his "communicator" on the MGB Religious Exemption Review Committee.  *See* Dkt. 60.  On August 24, 2022, the Court granted MGB's assented-to motion to modify the acknowledgment form as to pro se Plaintiff Wines because the original form anticipated that the signatory was

86595075v.1

represented by counsel.  *See* Dkt. 116.  At the time of filing, Plaintiff Wines has still not signed the modified protective order acknowledgment form, and so MGB has not – and cannot – notify him of the name of his communicator.

**Discovery Produced to Plaintiff Wines**

After conferring and agreeing with counsel for the represented Plaintiffs regarding the appropriate scope and logistics of producing discovery to Plaintiff Wines, MGB produced discovery to Plaintiff Wines on September 2, 2022 in accordance with the Court's order at Dkt. 115.

**Depositions**

Plaintiff Wines appeared for his deposition on August 24, 2022.  Despite that this Court denied his Motion for Protective Order (Dkt. 115), Plaintiff Wines improperly refused to answer questions about the medical condition for which he sought a medical exemption from MGB's Vaccination Policy.

The Parties have completed six of the ten depositions of MGB witnesses.  The remaining four will be completed over the next several weeks before the Phase One Fact Discovery period closes on October 1, 2022.

Dated: September 6, 2022                                            Respectfully Submitted,

| | |
|---|---|
| */s/ Ryan P. McLane*_____ <br> Ryan P. McLane (BBO# 697464) <br> Lauren Bradford (BBO# 700084) <br> McLane & McLane, LLC <br> 269 South Westfield Street <br> Feeding Hills, MA 01030 <br> ryan@mclanelaw.com <br> lauren@mclanelaw.com <br> TEL: (413) 789-7771 <br> FAX: (413) 789-7731 <br><br> COUNSEL FOR THE <br> REPRESENTED PLAINTIFFS | */s/ Dawn R. Solowey*_____ <br> Lynn A. Kappelman (BBO# 642017) <br> Katherine E. Perrelli (BBO# 549820) <br> Kristin McGurn (BBO# 559687) <br> Dawn Reddy Solowey (BBO# 567757) <br> SEYFARTH SHAW LLP <br> Seaport East <br> Two Seaport Lane, Suite 1200 <br> Boston, MA 02210-2028 <br> kperrelli@seyfarth.com <br> lkappelman@seyfarth.com <br> kmcgurn@seyfarth.com <br> dsolowey@seyfarth.com <br> TEL: (617) 946-4800 <br> FAX: (617) 946-4801 <br><br> COUNSEL FOR DEFENDANT |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 6, 2022.

*/s/ Dawn R. Solowey*_____
Dawn R. Solowey