

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TYLER ADAMS et al.  )
)
)
Plaintiffs  )
)
)   Civil Action No. 1:21-cv-11686
v.  )
)
MASS GENERAL BRIGHAM  )
INCORPORATED  )
)
)
Defendant

PLAINTIFF, JAMES D. WINES, JR., M.D., M.P.H
REQUEST FOR

# JUDICIAL NOTICE

Plaintiff, James D. Wines, Jr., M.D., M.P.H. asks this Honorable Court to take Judicial Notice (Federal Rules of Evidence, Article II, Rule 201) of Centers for Disease Control and Prevention (CDC) Director Dr. Rochelle Walensky's public statement on CNN, on or about August 6th 2021. The statement and video source are referenced below. The CDC has been considered a reputable source multiple times by Mass General Brigham Incorporated and this Court, indeed the authoritative source, throughout this lawsuit.

> "Our **vaccines** are working exceptionally well. They continue to work well for Delta, with regard to severe illness and death – they prevent it. **But what they can't do anymore is prevent transmission.**"
>
> Dr. Rochelle Walensky

https://www.youtube.com/watch?v=TKFWGvvlVLI (Last Accessed on 10/13/2022)

Dated: October 14, 2022

Respectfully submitted,
James D. Wines, Jr., M.D., M.P.H.
Pro se,

_____
James D. Wines, Jr., M.D., M.P.H.
*Pro se*
51 Sea Ave
Quincy, MA 02169
617-755-1087
jamiewines@comcast.net

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served on October 14, 2022 upon attorneys for the Defendant via email attachment at the following addresses:

| | |
|---|---|
| Lynn A. Kappelman, Esq.<br>Dawn Reddy Solowey, Esq.<br>lkappelman@seyfarth.com<br>dsolowey@seyfarth.com | SEYFARTH SHAW LLP<br>Seaport East<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210-2028<br>TEL: (617) 946-4800<br>FAX: (617) 946-4801 |

_____
James D. Wines, Jr., M.D., M.P.H.

*[Handwritten note:] Called Attorney Kappelman office — no answer. Left message. Approx 4:10 pm 10/14/22 jw c call back number.*

2