UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| TYLER ADAMS, et al. | )<br>)<br>) |
| Plaintiffs | )<br>)<br>)   Civil Action No. 1:21-cv-11686 |
| v. | )<br>) |
| MASS GENERAL BRIGHAM INCORPORATED | )<br>)<br>)<br>) |
| Defendant | ) |

**PLAINTIFF JAMES D. WINES, JR. MD, MPH REQUESTS**
1. **OPPOSITION TO MGB'S MOTION TO DISMISS and**
2. **MOTION TO COMPEL MGB TO IMMEDIATELY PRODUCE ALL DISCOVERY MATERIALS**

## State of the Case

First, it is imperative to highlight from the onset that I have complied with all the discovery requests including sitting for a deposition lasting several hours or more, answering all interrogatories, admissions, and the Plaintiff questionnaire with the exception of 3 contested questions. By contrast, **MGB has flouted this Honorable Court by failing to provide ANY substantive discovery materials** including Defendant Questionnaire, Interrogatories, and Admissions despite the Court's instruction on 8.23.22 to work with Attorney McLane to get me the discovery materials (please see Exhibits A, B, and C all of which are completely unanswered). Also, I was not allowed to attend any of the depositions. Furthermore, **Defendants have misled this Court** by pretending they cannot give me any substantive discovery materials because I have not signed a defective and highly prejudicial Protective Order, that I did not in any way assent to. It is also important to point out that **the new, pro se Protective Order** was not "tweaked" as MGB attorneys referred to the changes in the document, but rather it was **drastically altered using an ill-defined term,**

"**communicator**," that was not even mentioned in this Court's order. MGB is fond of perseverating on the fact that 160+ Plaintiffs did this or did that. It certainly begs the question as to **why MGB would over hall the Protective Order** after it was used previously by 160+ Plaintiffs. The fact that I am a pro se litigant is not the answer. **Given that MGB has been noncompliant with essentially the entire discovery process, a motion to dismiss my case with prejudice is absurd and obviously should be denied in full.** Furthermore, I respectfully ask that this Honorable Court **actively protect all of my rights as a non-attorney, pro se litigant** and **compel MGB**, with the threat of sanction and/or dismissal, **to** immediately **provide all discovery materials.**

WHEREFORE, for the foregoing reasons, Plaintiff James D. Wines, Jr. M.D., M.P.H. respectfully requests **that MGB's motion to dismiss be denied in full**. Furthermore, I respectfully ask that this Honorable Court **protect all of my rights as a non-attorney, pro se litigant** and **compel MGB, with** the threat of sanction and/or dismissal, to immediately **provide all discovery materials.** I also request any other or further relief that this Court deems just and proper.

Dated: October 14, 2022                    Respectfully submitted,

_____
James D. Wines, Jr., M.D., M.P.H.
*Pro se*
51 Sea Ave
Quincy, MA 02169
617-755-1087
jamiewines@comcast.net

### CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served on October 14, 2022 upon attorneys for the Defendant via email attachment at the following addresses:

| | |
|---|---|
| Lynn A. Kappelman, Esq. | SEYFARTH SHAW LLP |
| Dawn Reddy Solowey, Esq. | Seaport East |
| lkappelman@seyfarth.com | Two Seaport Lane, Suite 1200 |
| dsolowey@seyfarth.com | Boston, MA 02210-2028 |
| | TEL: (617) 946-4800 |
| | FAX: (617) 946-4801 |

_____
James D. Wines, Jr., M.D., M.P.H.

Called Attorney Kappelman's office @ approx 4:10pm 10/14/22. No ANSWER. Left voicemail = call back number.

*jw*