UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TYLER ADAMS, et al.**

**Plaintiffs**

v.  NO. 1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM INCORPORATED,**
**Defendant**

## STIPULATION OF DISMISSAL

The parties agree, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), that the following plaintiffs will be dismissed from the above action, with prejudice, without costs and waiving any right to appeal.

1. Nykiesha Allien

| PLAINTIFFS,<br>By Their Attorneys | DEFENDANT,<br>By Its Attorneys, |
|---|---|
| /s/ Ryan P. McLane | /s/ Lynn A. Kappelman |
| Ryan P. McLane (BBO# 697464) | Lynn A. Kappelman (BBO# 642017) |
| Lauren Bradford (BBO# 700084) | Katherine E. Perrelli (BBO# 549820) |
| McLane & McLane | Kristin McGurn (BBO# 559687) |
| 269 South Westfield Street | Dawn Reddy Solowey (BBO#567757) |
| P.O. Box 105 | SEYFARTH SHAW LLP |
| Feeding Hills, MA 01030 | Two Seaport Lane, Suite 1200 |
| (413) 789-7771 | Boston, MA 02210-2028 |
| ryan@mclanelaw.com | kperrelli@seyfarth.com |
| lauren@mclanelaw.com | lkappelman@seyfarth.com |
| | kmcgurn@seyfarth.com |
| | dsolowey@seyfarth.com |
| | (617) 946-4800 |