UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYLER ADAMS et al.<br><br>Plaintiffs<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED<br><br>Defendant | Civil Action No. 1:21-cv-11686 |

## PLAINTIFF, JAMES D. WINES, JR., M.D., M.P.H. NOTICE OF APPEAL

Plaintiff, James D. Wines, Jr., M.D., M.P.H., gives notice that he appeals to the United States Court of Appeals for the First Circuit, from the District Court's Order of dismissal which was entered against him on December, 15, 2022.

Dated: January 9, 2023

Respectfully submitted,
James D. Wines, Jr., M.D., M.P.H.
Pro se,

_____
James D. Wines, Jr., M.D., M.P.H.
Pro se
51 Sea Ave
Quincy, MA 02169
617-755-1087
jamiewines@comcast.net

## CERTIFICATE OF SERVICE

I certify that a copy of the above document was emailed on January 9, 2023 to the attorneys for the Defendant listed below:

| Lynn A. Kappelman, Esq. | SEYFARTH SHAW LLP |
| Dawn Reddy Solowey, Esq. | Seaport East |
| lkappelman@seyfarth.com | Two Seaport Lane, Suite 1200 |
| dsolowey@seyfarth.com | Boston, MA 02210-2028 |
| | TEL: (617) 946-4800 |
| | FAX: (617) 946-4801 |

_____
James D. Wines, Jr., M.D., M.P.H.