# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

**Case Caption:** Adams et al v. Mass General Brigham Incorporated

**District Court Number:** 21cv11686-FDS

**Fee:** Paid? Yes _X_ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

**Motions Pending** Yes ____ No _X_
*If yes, document #* ____

**Sealed documents** Yes ____ No _X_
*If yes, document #* ____

***Ex parte* documents** Yes ____ No _X_
*If yes, document #* ____

**Transcripts** Yes _X_ No ____
*If yes, document #* 13,25,42,123,124,125,126

**Notice of Appeal filed by:** Plaintiff/Petitioner _X_  Defendant/Respondent ____  Other: ____

**Appeal from:**
#140 Memorandum and Order

**Other information:**
Additional Transcripts: 130,131,133,134

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#140 and #141

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __141__ filed on January 9, 2023.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 11, 2023.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**