FILED
IN CLERKS OFFICE

2023 MAY -1  PM 3: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TYLER ADAMS et al.<br><br>Plaintiffs<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:21-cv-11686 |

## PLAINTIFF, JAMES D. WINES, JR., M.D., M.P.H. MOTION TO SEPARATE MY CASE, AND CERTIFY FINAL JUDGMENT

Plaintiff, James D. Wines, Jr., M.D., M.P.H., respectfully asks the District Court to Separate my case, and certify Final Judgment so that I may proceed with an Appeal to the United States Court of Appeals for the First Circuit (No. 23-1070). The District Court dismissed my case with prejudice on December 15, 2022.



USMS SCREENED

1

Dated: May 1, 2023

Respectfully submitted,
James D. Wines, Jr., M.D., M.P.H.
Pro se,

_____
James D. Wines, Jr., M.D., M.P.H.
*Pro se*
51 Sea Ave
Quincy, MA 02169
617-755-1087
jamiewines@comcast.net

## CERTIFICATE OF SERVICE

I certify that a copy of the above document was emailed on May 1, 2023 to the attorneys for the Defendant listed below:

| Lynn A. Kappelman, Esq.<br>Dawn Reddy Solowey, Esq.<br>lkappelman@seyfarth.com<br>dsolowey@seyfarth.com | SEYFARTH SHAW LLP<br>Seaport East<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210-2028<br>TEL: (617) 946-4800<br>FAX: (617) 946-4801 |
|---|---|

_____
James D. Wines, Jr., M.D., M.P.H.