# United States Court of Appeals
## For the First Circuit

No. 23-1070

JAMES WINES, JR., MD, M.P.H.,

Plaintiff - Appellant,

TOGETHER EMPLOYEES, by individual representatives; ROBERTA LANCIONE; JOYCE MILLER; MARIA DIFRONZO; MICHAEL SACCOCCIO; ELIZABETH BIGGER; NATASHA DICICCO; NICHOLAS ARNO; RUBEN ALMEIDA; CAINE DUFRENE; LORI FLUERY; KERRY HAINES; SCOTT HOOPER; SUSAN MARCONI; KELLY REYNOLDS; CHRISTINE RITROVATO; SARAH WADE; JILL DISCROLL; MARISA WILLIAMS; TYLER ADAMS; MELISSA CANDIDO; LISA CATES; JANE DONEGAN; ALAN DOHERTY; KASIE PASQUANTONIO; MONALISA PIERRE; MELISSA PINNETTI; MELISSA PINNETTI; JENNIFER TONE; MIMI ADAMS; ALEXANDRA ALEXANDROVA; JOHN ALFAMA; NYKIESHA ALLIEN; CHARLOTTE AMEDEE; TRACY ANDERSON; MEREDITH ANDERSON; ALICIA ATTARIAN; CLARISSE BACOLONG; PAMELA BARONE; STEPHEN BARRY; KATHLEEN BEEDE; CATHERINE BERNARDONE; LINDA BERUBE-WALKER; KRISTIE BOUTIN; KELLY BIANCHI; BRITTINI BIEKER; TIFFANY BIGHAM; LORA BLANK; URSZULA BORTZCKA; JOSETTE BRITTON; JENNIFER BECKWITH; KRISTEN BROUILLARD; ERIN BROWN; BRENDA BROWN-THAWE; CHRISTOPHER BURT; RAQUEL BUSTILLO; DENISE CADIGAN; MARIA CAPOZZI; GAIL CARACCIOLO; MAYRA CARDONA; DWIGHT CAUFIELD; ELIZABETH CHASSION; SUSAN CHASE; ANDREA CITRONE; ALICIA CLANCY; PATRICIA CLARK; COURTNEY CONCILLO; MADELINE CONLEY; LAURA CONWAY; COURTNEY COPPOLA; KELLY CORONA-WELCH; DANIEL CORREIA; MARIA COVIELLO POLITO; ELISANGELA CUNHA-AFONSO; TAYLOR CURLEY; MARK DALIMONTE; JILL DANIELS; MICHELE DEFORGE; JEANMARIE DEVINE; DMITRI DONCEV; JOAN DUFFY; JESSIKA DUNN; CARLOS DURAN, MD; JENNIFER DURAN; ANIKA EBANKS; TANSHEKA EDWARDS; TOM EMERSON; CHRISTOPHER ERICKSON; SANDRA FEDERICO; ZINNIA FELICIANO; DENISE FLATHERS; LISA FOLEY; KRIS FORDE; JEANINE FOTINO; RALPH FRASCA; LAINA FRAZIER; RUTH FRENCHWOOD; LISA FRENI; KATHLEEN FUSCO; MELISSA GABLE; MARYNA GARBITT; LUISA GARCIA; KRISTEN GAUTHIER; CARMELA GISO; ELIZABETH GOMES; JOLENE GONSALVES; NELIDA GONZALEZ; SARAH GRAFFAM; DAVID GRANARA; SAMANTHA GROSS; MARTINA GROVES-WILLIAMS; JAMIE HADAYIA; ADIL HAITI; ASHLEY HAMEL, a/k/a Nikki Hamel; FRANCESCA HIRTLE; MARISSA HOFFMAN; W. SCOTT HOGE; FLORENCE HOLMES; JEANMARIE HOLMES; DENISE HOMKA; JENNIFER HOWARD; BEVERLY HUPFER; MARTHA ITHIER; STEVE JEAN-MARY; JESSICA JOACHIM; TERESA KANAISKI; JASON KARANZAS; WILLIAM KASPER; KONSTANTIN KERENTSEV; LUBJANA KOLI; JULIA KRAFICK; ANDREE LAFLASH; JOSEPH LAMONTAGNE; SUSAN LEAVITT; KATHERINE LEMMERTZ; ANN MARIE LILLY; KIM LITALIEN; JILLIAN LITTO; MICHELLE LOGAN; SHANNON

LUNDIN; CHRISTA LUONGO; MARIE LAFRENIERE; LEAH MACHADO; ANGEL MACLEOD-RUO; SARAH MALONEY; AMANDA MARCHIONDA; MARIA MARGARIS; LORRAINE MARTIN; GINA MASTRO; LISA MASTROMATTEO; BARBARA MATTESON; JESSICA MCDONALD; DEVAN MCDONALD; JANICE MCDONALD; NICHOLAS MCKAY; ROSEANN MCNAMARA; ROBIN MEADOWS; STEFANIE MICHAEL; SARA MILES; YULIYA MIRONOVAS; MICHELLE MORENA; RAECHEL MORGANTO; ALICE MORRISON; LORI MUNRO; KAREN O'CONNOR; MICHELLE ORFANOS; LISA ORRALL; JULIA PAGLIUCA; SCOTT PALLADINO; MALINDA PAULINO; TERESA PENTA; ANDREA PITTORE-MCMANUS; JHANEL M. POTTS; CHARLES RILEY; NICOLE ROBERTO; GRACINDA ROCHDI; JESSICA RODRIGUEZ; DEBRA RODRIGUEZ; ERICKA ROLLINS; FELYN ROSARIO; ANN ROWAND; MARIA RUPNICK; LAURA RYAN; ELAINE SAMARIS-HARRINGTON; SARAH SHULMAN; ELIZABETH SILVA; NIKKIA SIMPSON; ANNE SMAIL; WENDY SOUMAS; DANIELLE STEVENS; JAMIE STEVERMAN; MICHAEL STRONG; JOSHUA SUDBEY; ANNA SYLVIA; UMBERTO TATAFIORE; ANTHONY TAVERNA; KELLY TODD; DANIELLE MARIE TOMASELLO; HEATHER SZYMCZAK; RUTH TONICO; LISA TOBIO; JANE TORRANCE; NELDINE TORRES; NICOLE TOWNE; LAURA TREMBLAY; ROSANNA URSINO; CAROLINE VENTOLA; LUCIA VENTURA; FRIVIAN VICENTE; PATRICIA VOSIKAS; ATHINA VRANISHTI; SHEILA WALSH; LEEANN WHALLEY; HENRIETTA WILLIAMS; MARKIAN ZAIATS; MARITZA ZULUAGA; KIEN NGUYEN; ESTHER JONES; PATRICIA PARKER; AMILCAR CARDOCO; MARIA CREVELLO; CORRINE VALSTYN; FRANCINE LAFOREST; LEANDRO ALCANTARA; BRENDA SANTIAGO,

Plaintiffs,

v.

MASS GENERAL BRIGHAM INCORPORATED,

Defendant - Appellee.

## MANDATE

Entered: August 1, 2023

In accordance with the judgment of July 10, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Lauren Elizabeth Bradford, Lynn A. Kappelman, Kristin G. McGurn, Ryan P. McLane, Katherine Eileen Perrelli, Dawn Reddy Solowey, James Wines Jr.