UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TYLER ADAMS, et al.
Plaintiffs

v.                                                      NO.  1:21-cv-11686-FDS

MASS GENERAL BRIGHAM
INCORPORATED,
Defendant

## MOTION TO WITHDRAW AS COUNSEL

Counsel for the plaintiffs, in accordance with Local Rule 83.5.2 and MRPC 1.16,

seeks to withdraw from representing the plaintiff, Michelle Orfanos, in the above

action. Counsel has included herewith a Declaration in support of this Motion.

Notice was sent via electronic mail and first-class mail on November 27, 2023, in

accordance with Local Rule 83.5.2(d).


PLAINTIFFS,
By Their Attorneys


     /s/ Ryan P. McLane
Ryan P. McLane (BBO# 697464)
Lauren Bradford (BBO# 700084)
McLane & McLane
269 South Westfield Street
P.O. Box 105
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com
lauren@mclanelaw.com

1

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the above document was served upon the parties via first class mail and attorneys of record by ECF on November 27, 2023.

_____/s/_____
Ryan P. McLane, Esq.