United States District Court
District of Massachusetts

| | |
|---|---|
| Tyler Adams et al., <br><br> *Plaintiffs* <br><br> v. <br><br> Mass General Brigham Incorporated <br><br> *Defendant* | Civil Action No.: <br><br> 1:21-cv-11686 FDS |

**Pro se Plaintiff Michelle Orfanos' motion to compel production of discovery materials and for leave to file amended complaint**

Pro se Plaintiff Michelle Orfanos hereby moves for this Court to:

1. Order her former attorney Ryan McLane to deliver to Ms. Orfanos copies of her personnel records and Mass General Brigham's initial disclosures and responses to discovery requests within seven days of the date of its order, and

2. Give Ms. Orfanos leave to file an amended complaint within 14 days of her receipt from attorney McLane all of the specified materials.

Respectfully submitted,

Page 1 of 3

December 15, 2023                                    _____, Pro Se
                                                     Michelle Orfanos
                                                     19 Moccasin Path
                                                     Arlington MA 02474
                                                     orfanosmichelle@gmail.com
                                                     Phone: (781) 258-7365

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that pursuant to Local Rule 7.1(a)(2) on December 7, 2022 I conferred by email with the Defendants' counsel to resolve or narrow issues before filing this motion.

                                                     _____, Pro Se
                                                     Michelle Orfanos

## CERTIFICATE OF SERVICE

I, Michelle Orfanos, hereby certify that I have, on this ___ day of December, 2023, served by mail a copy of the foregoing and any accompanying document(s) pursuant to Fed. Rule Civ. Proc. 5(b)(2)(C) and Local Rule 5.2 upon the following:

Ryan P. McLane
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
413-789-7771
Email: ryan@mclanelaw.com

Dawn Reddy Solowey
Seyfarth Shaw, LLP

Two Seaport Lane

Suite 1200

Boston, MA 02210

617-946-4985

Email: dsolowey@seyfarth.com

_____, Pro Se
Michelle Orfanos