UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERTA LANCIONE, et al.**

**Plaintiffs**

v.  NO. 1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM INCORPORATED,**
**Defendant**

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MICHAEL SACCOCIO

Counsel Moves this Court, to withdraw from their representation of Plaintiff Michael Sacoccio. As reasons therefore:

1. Plaintiff Michael Sacoccio has successor counsel, who has filed an appearance on his behalf.

2. **Ryan McLane and Lauren Bradford are still counsel for the remaining plaintiffs, other than those identified as pro se.**

　　　　　　　　　　　　　　　　　　　PLAINTIFFS,
　　　　　　　　　　　　　　　　　　　By Their Attorneys

　　　　　　　　　　　　　　　　　　　/s/ Ryan P. McLane
　　　　　　　　　　　　　　　　　　　Ryan P. McLane (BBO# 697464)
　　　　　　　　　　　　　　　　　　　Lauren Bradford (BBO# 700084)
　　　　　　　　　　　　　　　　　　　McLane & McLane
　　　　　　　　　　　　　　　　　　　269 South Westfield Street
　　　　　　　　　　　　　　　　　　　P.O. Box 105
　　　　　　　　　　　　　　　　　　　Feeding Hills, MA 01030
　　　　　　　　　　　　　　　　　　　(413) 789-7771
　　　　　　　　　　　　　　　　　　　ryan@mclanelaw.com
　　　　　　　　　　　　　　　　　　　lauren@mclanelaw.com

## CERTIFICATE OF SERVICE

I certify that the aforementioned motion was served upon each other party or counsel of record via Electronic Filing System on January 12, 2024.

\_\_\_\_\_/s/ Ryan P. McLane\_\_\_\_\_
Ryan P. McLane