UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYLER ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASS GENERAL BRIGHAM INCORPORATED, <br><br> Defendant. | Civil Action No. 1:21-cv-11686-FDS |

**ASSENTED TO MOTION TO WITHDRAW MICHELLE ORFANOS'
MOTION TO COMPEL PRODUCTION OF DISCOVERY MATERIALS AND
HER REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW comes one of the Plaintiffs, Michelle Orfanos, in the above captioned matter, by and through her attorney, Richard C. Chambers Jr., and hereby moves this Honorable Court to allow her to **withdraw her Motion to Compel Production of Discovery, and her Request for Leave to File an Amended Complaint, which is scheduled for a Hearing on January 23, 2024, at 2pm**.

As grounds and reasons therefore, counsel states:

1. On or about December 18, 2023, Plaintiff, Michelle Orfanos, filed a *Pro Se* Motion to Compel Production of Discovery Materials and for Leave to File Amended Complaint;

2. A Motion to Compel Hearing for Plaintiff, Michelle Orfanos, is scheduled on January 23, 2024, at 2pm;

3. On or about January 13, 2024, undersigned Counsel filed his Notice of Appearance in the above captioned matter;

4. Counsel has had the opportunity to review Plaintiff, Michelle Orfanos' *Pro Se* filings and wishes to withdraw her Motion to Compel and request for Leave to File an Amended Complaint;

5. Attorney Ryan McLane has been consulted and assents to this Motion;

6. Counsel for the Defendant has been consulted and assents to this Motion;

7. No parties would be prejudiced by the allowance of the foregoing.

Wherefore, Counsel respectfully prays this Honorable Court allow this Motion to Withdraw Plaintiff, Michelle Orfanos' Motion to Compel Production of Discovery Materials and Motion to File an Amended Complaint in the interest of judicial economy and justice.

|  |  |
|---|---|
| DATED: January 15, 2024 | Richard C. Chambers, Jr., Esq.<br>BBO#: 651251<br>Chambers Law Office<br>220 Broadway, Suite 404<br>Lynnfield, MA 01940<br>Office: (781) 581-2031<br>Cell: (781) 363-1773<br>Fax: (781) 581-8449<br>Email: Richard@chamberslawoffice.com<br><br>/s/ Richard C. Chambers, Jr., Esq.<br>Richard C. Chambers, Jr., Esq. |

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

|  |  |
|---|---|
| DATED: January 15, 2024 | /s/ Richard C. Chambers, Jr., Esq.<br>Richard C. Chambers, Jr., Esq. |