UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2024 JUL 11  AM 11: 52
U.S. DISTRICT COURT
DISTRICT OF MASS.

ADAMS et al,

Plaintiffs,

V.                                  Civil Action No.: 1:21-cv-11686-FDS

MASS GENERAL BRIGHAM,

INCORPORATED

Defendant.

### Plaintiff Michelle Marie Orfanos

### Notice of Pro Se Appearance

I, Plaintiff Michelle Marie Orfanos, hereby notify the Court that I am now appearing Pro Se in the above-captioned matter.
Per Chief Judge Saylor's order dated June 21, 2024, this message to confirm that I will be representing myself pro se until a time that council is obtained.

Respectfully submitted,
By the Plaintiff,
Michelle Marie Orfanos,

*[signature] 7/3/24*

/s/ Michelle Marie Orfanos
Michelle Marie Orfanos
19 Moccasin Path Arlington
MA, 02474
Cell: (781) 258-7365
Email: orfanosmichelle@gmail.com

DATED: July 3, 2024