UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYLER ADAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 21-11686-FDS |
| MASS GENERAL BRIGHAM ) | |
| INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

**SAYLOR, C.J.**

On October 20, 2023, the Court entered a scheduling order that directed all Phase 2 depositions, other than expert depositions, must be completed by September 30, 2024. The order advised that failure to reasonably cooperate in the scheduling of their depositions, or who failed to appear without notice or good cause may be subject to dismissal.

On July 2, 2024, the parties jointed notified the Court that plaintiff Michael Strong failed, on two successive occasions, to attend his scheduled deposition without providing prior notice or good cause. On July 3, 2024, defendant filed a motion to dismiss plaintiff Strong. That motion remains unopposed.

On July 15, 2024, plaintiff Strong's counsel filed a motion to withdraw as his attorney, representing that counsel lost contact with him.

Accordingly, the claims of plaintiff Strong are hereby DISMISSED from this action for failure to prosecute.

**So Ordered.**

                                                  /s/ F. Dennis Saylor IV
                                                  F. Dennis Saylor IV
Dated: July 18, 2024                         Chief Judge, United States District Court