UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TYLER ADAMS, et al.**

**Plaintiffs**

v.  NO. 1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM INCORPORATED,
Defendant**

## STIPULATION OF DISMISSAL

The parties agree, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), that the following plaintiffs will be dismissed from the above action, with prejudice, without costs and waiving any right to appeal.

1. Alfama, John
2. Amedee, Charlotte
3. Anderson, Meredith
4. Arno, Nicholas
5. Attarian, Alicia
6. Barone, Pamela
7. Beckwith, Jennifer
8. Bernardone, Catherine
9. Berube Walker, Linda
10. Bianchi, Kelly
11. Blank, Lora
12. Boryczka, Urszula
13. Boutin, Kristie
14. Britton, Josette
15. Brouillard, Kristen
16. Bustillo, Raquel
17. Cadigan, Denise
18. Candido, Melissa
19. Capozzi, Maria
20. Cates, Lisa
21. Caufield, Dwight
22. Chase, Susan
23. Citrone, Andrea

24. Conley, Madeline
25. Conway, Laura
26. Correia, Daniel
27. Coviello Polito, Maria
28. Crivello, Maria
29. Cunha-Afonso, Elisangela
30. DiCicco, Natasha
31. Doherty, Alan
32. Driscoll, Jill
33. Dufrene, Caine
34. Ebanks, Anika
35. Emerson, Thomas
36. Erickson, Christopher
37. Federico, Sandra
38. Feliciano, Zinnia
39. Fleury, Lori
40. Foley, Lisa
41. Frazier, Laina
42. Gable, Melissa
43. Garbitt, Maryna
44. Gonsalves, Jolene
45. Granara, David
46. Gross, Samantha
47. Groves-Williams, Martina
48. Hadayia(Lowe), Jamie
49. Haines, Kerry
50. Haiti, Adil
51. Hamel, Ashley
52. Hirtle, Francesca
53. Hoffman, Marissa
54. Holmes, Florence
55. Holmes, Jeanmarie
56. Hupfer, Beverly
57. Ithier, Martha
58. Garcia, Luisa
59. Jean-Mary, Steve
60. Joachim, Jessica
61. Jones (Medrano), Esther
62. Kerentsev, Konstantin
63. LaForest, Francine
64. Lebron (Frenchwood), Ruth
65. Lilly, Ann Marie
66. Logan, Michelle
67. Lundin, Shannon
68. Machado, Leah
69. Maloney, Sarah

70. Margaris, Maria Olivia
71. Mastro, Gina
72. Mastromatteo, Lisa
73. McManus, Andrea
74. Michael, Stefanie
75. Mironovas, Yuliya
76. Morganto, Rachael
77. Morrison, Alice
78. Munro, Lori
79. O'Connor, Karen
80. Pagliuca, Julia
81. Palladino, Scott
82. Penta, Teresa
83. Ritrovato (Aloise), Christine
84. Roberto, Nicole
85. Rochdi, Gracinda
86. Rodriguez, Debra
87. Rollins, Ericka
88. Rowand, Ann
89. Rupnick, Maria
90. Ryan, Laura
91. Samaris-Harrington, Elaine
92. Silva, Elizabeth
93. Smail, Anne
94. Soumas, Wendy
95. Stevens, Danielle
96. Szymczak, Heather
97. Tatafiore, Umberto
98. Taverna, Anthony
99. Tobio, Lisa
100. Torres, Neldine
101. Towne, Nicole
102. Tremblay, Laura
103. Ursino, Rosanna
104. Valstyn, Corinne
105. Ventola, Caroline
106. Vicente, Frivian
107. Williams, Marisa
108. Zaiats, Markian
109. Zuluaga, Maritza

| PLAINTIFFS,<br>By Their Attorneys | DEFENDANT,<br>By Its Attorneys, |
|---|---|
|    /s/ Ryan P. McLane<br>Ryan P. McLane (BBO# 697464)<br>Lauren Bradford (BBO# 700084)<br>McLane & McLane<br>269 South Westfield Street<br>P.O. Box 105<br>Feeding Hills, MA 01030<br>(413) 789-7771<br>ryan@mclanelaw.com<br>lauren@mclanelaw.com |    /s/ Lynn A. Kappelman<br>Lynn A. Kappelman (BBO# 642017)<br>Katherine E. Perrelli (BBO# 549820)<br>Kristin McGurn (BBO# 559687)<br>Dawn Reddy Solowey (BBO#567757)<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210-2028<br>kperrelli@seyfarth.com<br>lkappelman@seyfarth.com<br>kmcgurn@seyfarth.com<br>dsolowey@seyfarth.com<br>(617) 946-4800 |