UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TYLER ADAMS, et al.**
**Plaintiffs**

**v.**                                                                 NO.  1:21-cv-11686-FDS

**MASS GENERAL BRIGHAM**
**INCORPORATED,**
**Defendant**

**MOTION TO WITHDRAW AS COUNSEL**

  Counsel for the plaintiffs, in accordance with Local Rule 83.5.2 and MRPC 1.16, seeks to withdraw from representing three (3) plaintiffs, namely Tyler Adams, Roseanne McNamara and Jamie Steverman, in the above action. Attorneys McLane, Bradford and McClure request that they be able to withdraw from representing them so that they may seek their own counsel to file an appearance and pursue claims on their behalf. As reasons therefore, Counsel represents that there exists a fundamental disagreement between the parties on strategy and representation.

          PLAINTIFFS,
          By Their Attorneys

             /s/ Ryan P. McLane
          Ryan P. McLane (BBO# 697464)
          Lauren Bradford (BBO# 700084)
          McLane & McLane
          269 South Westfield Street
          P.O. Box 105
          Feeding Hills, MA 01030
          (413) 789-7771
          ryan@mclanelaw.com
          lauren@mclanelaw.com

## CERTIFICATE OF SERVICE

    I do hereby certify that a true copy of the above document was served upon the parties and attorneys of record by ECF on October 22, 2024.

                                              _____/s/_____
                                              Ryan P. McLane, Esq.