<u>Plaintiff Jamie Steverman</u>
<u>Notice of Pro Se Appearance</u>

FILED
IN CLERK'S OFFICE
2024 NOV 25  PM 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No.: 1:21-cv-11686-FDS
Plaintiff Jamie Steverman
Notice of Pro Se Appearance

I, Plaintiff Jamie Elizabeth Steverman, hereby notify the Court that I am now appearing Pro Se in the above-captioned matter.
Per Chief Judge Saylor's order dated November 15, 2024, this message is to confirm that I will be representing myself pro se until a time that council is obtained.

Respectfully submitted,
By Jamie Steverman
11/20/2024

*[signature]*

11/20/2024

Jamie Elizabeth Steverman
5 Cardinal Circle
Pembroke MA 02359

Cell: (781) 964 2436
Email: jamiesteverman@gmail.com
DATED: November 20, 2024