Plaintiff Roseann McNamara
<u>Notice of Pro Se Appearance</u>

Civil Action No. 1:21-cv-11686-FDS
Plaintiff Roseann McNamara
Notice of Pro Se Appearance

I, Plaintiff Roseann McNamara, hereby notify the Court that I am now appearing Pro Se in the above -captioned matter.
Per Chief Judge Saylor's Order dated November 14, 2024 this message is to confirm that I will be representing myself pro se until a time that council is obtained.

Respectfully Submitted,
By Roseann McNamara
12/04/2024

Roseann Bridgid McNamara
30 Fern Brook Circle
Canton MA 02021

Cell: (617) 571-3668
Email: rmcnamara43@yahoo.com

Dated: December 4st 2024

Roseann McNamara
36 Fern Brook Circle
Canton, MA 02021



NORWOOD, MA 02062

02210

$4.85

RDC 99

R2303S100173-1



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

9589 0710 5270 2047 0080 60

John Joseph Moakley U.S. Courthouse
1 Courthouse Way Suite 2300
Boston, MA 02210

10, 5th Floor

02210$3004 C079

U.S. POSTAGE PAID
ECM LETTER

*Retail*

BOSTON MA 020

7 DEC 2024 PM 5 L

HAPPY Holidays