UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Tyler Adams et al,
  **Plaintiff,**


   v.
              Civil Action No. 1:21-cv-11686-FDS


Mass General Brigham Incorporated,
  **Defendants.**
_____


### SETTLEMENT ORDER OF DISMISSAL AS TO SARAH SHULMAN

**SAYLOR, C. J.**

  The Court having been advised on October 17, 2025, that the above-entitled action has been settled.

  **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                   By the Court,


October 17, 2025          /s/ Melonie Cooke
Date                Deputy Clerk