**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TYLER ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASS GENERAL BRIGHAM <br> INCORPORATED, <br><br> Defendant. | Civil Action No. 1:21-cv-11686-FDS |

## MOTION TO WITHDRAW AS LOCAL COUNSEL

Please enter my Notice of Withdrawal as local counsel *pro hac vice* for Sujata S. Gibson, Esq, and James Mermigis, Esq. in the above-captioned matter.

As reasons undersigned, counsel submits that Gregory A. Hession, Esq., who is presently co-counsel in the above matter, has requested leave to substitute himself as local counsel.

Wherefore, in the interest of judicial economy Plaintiffs and undersigned counsel hereby pray the Motion to allow counsel to Withdraw his Appearance be Allowed.

/s/ Richard C. Chambers, Jr., Esq.

Richard C. Chambers, Jr., Esq.

308021263v.2

BBO#: 651251

Chambers Law Office

220 Broadway, Suite 404

Lynnfield, MA 01940

Office: (781) 581-2031

Cell: (781) 363-1773

DATED: March 31, 2026                    Fax: (781) 581-8449

Email: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on March 31, 2026.

/s/ Richard C. Chambers, Jr.,

Richard C. Chambers, Jr., Esq