**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

TYLER ADAMS, MICHELLE ORFANOS,
and JAMIE STEVERMAN,

        Plaintiffs,

    v.

MASS GENERAL BRIGHAM
INCORPORATED,

        Defendant.

Civil Action No. 1:21-cv-11686-FDS

**ASSENTED-TO MOTION TO EXTEND
DEADLINE TO FILE DISPOSITIVE MOTIONS**

Defendant Mass General Brigham Incorporated ("MGB") moves to extend the deadline to file dispositive motions as to the claims of Plaintiff Adams and Plaintiff Orfanos until July 28, 2026, thirty (30) days after the deadline for Plaintiffs Adams and Orfanos to complete the two limited depositions allowed by the Court's May 29, 2026 Order. *See* ECF No. 426.

In support of this motion, MGB states as follows:

1.    On March 26, 2026, the Court set a deadline of June 11, 2026 for the filing of dispositive motions. ECF No. 389.

2.    On May 29, 2026, the Court allowed, in part, Plaintiffs' motion to take additional depositions, allowing Plaintiffs Adams and Orfanos each to take one additional, limited deposition by June 28, 2026. *See* ECF No. 426.

3.    Specifically, in its Order, the Court allowed Plaintiff Adams to take the deposition of one member of the clinical panel that evaluated her request for exemption, and the Court allowed Plaintiff Orfanos to take the deposition of her Communicator. ECF No. 426, p. 4.

4.    The Court further specified that the two depositions "shall not exceed five hours each, and the topic of each deposition shall be strictly limited to the circumstances of the denial of the relevant plaintiff's exemption request." *Id.*

5.    In order to allow the parties to include information from those two depositions in any dispositive motion briefing, if necessary, MGB requests a brief extension of the current dispositive motion deadline with respect to the claims of Adams and Orfanos.

6.    This extension would not have any effect on the dispositive motion deadline as to Plaintiff Jamie Steverman's claims which will remain June 11, 2026.

7.    The allowance of this Motion shall not in any way impede the progress of this case and no party will be prejudiced by the extension of deadlines sought by this Motion.

WHEREFORE, MGB respectfully requests that the Court extend the deadline to file dispositive motions as to the claims of Plaintiff Adams and Plaintiff Orfanos to July 28, 2026.

Dated: June 3, 2026                         Respectfully submitted,

**MASS GENERAL BRIGHAM
INCORPORATED**

By Its Attorneys,

*/s/ Dawn R. Solowey*
Kristin G. McGurn (BBO# 559687)
Dawn Reddy Solowey (BBO# 567757)
Michael E. Steinberg (BBO# 690997)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
kmcgurn@seyfarth.com
dsolowey@seyfarth.com
msteinberg@seyfarth.com
TEL: (617) 946-4800
FAX: (617) 946-4801

2

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I hereby certify that on June 2 and 3, 2026, pursuant to Local Rule 7.1(A)(2), MGB's counsel, Dawn Solowey, conferred with Plaintiffs' counsel by email regarding the issues raised in the instant motion.  Attorney Sujata Gibson agreed that MGB could represent that the motion is assented-to, provided that MGB note that Plaintiffs are not waiving their right to challenge any summary judgment filing as to Plaintiff Steverman as premature.

*/s/ Dawn R. Solowey*
Dawn R. Solowey

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.  Paper copies will be sent to those indicated as non-registered participants.

*/s/ Dawn R. Solowey*
Dawn R. Solowey

3

326306978v.1