## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------- x

TYLER ADAMS, MICHELLE ORFANOS and JAMIE
STEVERMAN,

                               Plaintiffs,

       - against -

MASS GENERAL BRIGHAM, INCORPORATED,

                                       Case No. 1:21-cv-11686-FDS

                               Defendant.

---------------------------------------------------------------------- x

### PLAINTIFFS' LIMITED RESPONSE TO FORMER COUNSEL'S NOTICE OF DILIGENT SEARCH

Plaintiffs submit the attached declarations for the limited purpose of correcting the record concerning current counsel's efforts to obtain Plaintiffs' files and discovery materials before March 2026, in response to former counsel's Notice and Declaration filed on June 7, 2026.

Plaintiffs do not oppose former counsel's request for permission to produce recovered documents and support an immediate order authorizing production to current Plaintiffs' counsel under the operative protective order. Plaintiffs do not seek to expand the issues for today's conference or adjudicate any collateral dispute with former counsel at this time. Plaintiffs reserve all rights after reviewing any production.

Dated: June 8, 2026

                               Respectfully Submitted,

                               */s/ Sujata S. Gibson*

                               Gibson Law Firm, PLLC
                               SUJATA S. GIBSON
                               120 E. Buffalo St, Suite 2
                               Ithaca, NY 14850
                               (607) 327-4125

Email: sujata@gibsonfirm.law