**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TYLER ADAMS, MICHELLE ORFANOS, AND JAMIE STEVERMAN,<br><br>      Plaintiffs,<br><br>      v.<br><br>MASS GENERAL BRIGHAM INCORPORATED,<br><br>      Defendant. | Civil Action No. 1:21-cv-11686-FDS |

**AFFIDAVIT OF MICHAEL STEINBERG, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIM OF PLAINTIFF STEVERMAN**

I, Michael Steinberg, hereby depose and state as follows:

1.      I am over 18 years of age and I understand the obligation of an oath. I am a member in good standing of the bar of the Commonwealth of Massachusetts and a Partner at Seyfarth Shaw LLP. I am one of the attorneys representing the Defendant, Mass General Brigham, in the above-captioned action. I have personal knowledge of the matters set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts of the Transcript of the Deposition of Jamie Steverman, dated May 19, 2025.

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of the Clinical Nurse, Clinician Job Description, which is Exhibit 8 to the Deposition of Jamie Steverman.

4.      Attached hereto as **Exhibit 3** is a true and accurate copy of the Plaintiff's Questionnaire and Responses to MGB's Requests for Admission, which is Exhibit 4 to the Deposition of Jamie Steverman.

326423989v.1

2

5.	Attached hereto as **Exhibit 4** is a true and accurate copy of the June 24, 2021 Message from Anne Klibanski, MD regarding COVID-19 Vaccine Requirement for Employees, which is Exhibit 19 to the Deposition of Jamie Steverman.

6.	Attached hereto as **Exhibit 5** is a true and accurate copy of Plaintiff Patient Summary Health Record Report, which is Exhibit 5A to the Deposition of Jamie Steverman.

7.	Attached hereto as **Exhibit 6** is a true and accurate copy of Plaintiff's Sept. 5, 2021 COVID-19 Exemption Request Form, which is Exhibit 10 to the Deposition of Jamie Steverman.

8.	Attached hereto as **Exhibit 7** is a true and accurate copy of the September 22, 2021 E-mail Chain from RERC to Plaintiff, which is Exhibit 11 to the Deposition of Jamie Steverman.

9.	Attached hereto as **Exhibit 8** is a true and accurate copy of the October 20, 2021 Letter from K. Lehman to Plaintiff, which is Exhibit 20 to the Deposition of Jamie Steverman.

10.	Attached hereto as **Exhibit 9** is a true and accurate copy of the November 21, 2021 Letter from K. Lehman to Plaintiff, which is Exhibit 21 to the Deposition of Jamie Steverman.

11.	Attached hereto as **Exhibit 10** is a true and accurate copy of the excerpts of the Transcript of the Summary Judgment Oral Argument in *Lavine v. Mass General Brigham, Inc.*, No. 23-cv-10987-BEM, dated May 9, 2023.

Signed under the penalty of perjury on this 11th day of June 2026.

*/s/ Michael Steinberg*
Michael Steinberg

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 11, 2026, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael Steinberg*
Michael Steinberg

3

326423989v.1