# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | ) | |
| **TYLER ADAMS,** | ) | |
| **MICHELLE ORFANOS,** | ) | |
| **JAMIE STEVERMAN,** | ) | |
| Plaintiffs | ) | |
| vs. | ) | **Civil Action No.  1:21-CV-11686-FDS** |
| | ) | |
| **MASS GENERAL BRIGHAM, INC.** | ) | |
| Defendant. | ) | |
| | ) | |

_____

### Plaintiff Jamie Steverman's Motion To File Exhibits Under Seal
### To Support her Opposition to Defendant's Motion for Summary Judgment

Plaintiff, Jamie Steverman, moves the court to allow her to file a number of exhibits under seal, per the requirements of Local Rule 7.2, to support her opposition to defendant Mass. General Brigham, Inc.'s *Motion For Summary Judgment*, due on **Thursday, July 2.** The exhibits in question potentially fall under the protective orders issued by the court in this case, at ECF 60 and 67.

The defendant has invoked its power under ECF 67 to designate certain documents as "confidential"which the plaintiff believes should not be so designated, and which she will ultimately dispute, but she will fully comply with the protocol established by these orders for purposes of sealing any potentially "confidential" documents which support her opposition to MGB's motion for summary judgment.

Per Local Rule 7.2, any documents filed under seal per this request, unless the "confidential" designation is removed, should be kept under seal until a final disposition of this case as to all plaintiffs.

Respectfully submitted,
The Plaintiff, Jamie Steverman,
By co-counsel,

Dated: June 30, 2026

/s/ Gregory Hession
Gregory A. Hession, J.D.
93 Summer Street
P.O.. Box 543
Thorndike, MA 01079
(413) 746-3333
B.B.O. No. 564457
hession@crocker.com

### Certificate of Service

I, Gregory A. Hession, counsel for plaintiffs, hereby certify that I have served the foregoing paper to counsel for defendant, Kristin G. McGurn, Dawn R. Solowey, and Michael E. Steinberg, at SEYFARTH SHAW LLP, Seaport East, Two Seaport Lane, Suite 1200, Boston, MA 02210-2028, via ECF filing on June 30, 2026.

/s/ Gregory Hession
Gregory A. Hession, J.D.