### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TYLER ADAMS,** ) | |
| **MICHELLE ORFANOS,** ) | |
| **JAMIE STEVERMAN,** ) | |
| Plaintiffs ) | |
| vs. ) | **Civil Action No.  1:21-CV-11686-FDS** |
| ) | |
| **MASS GENERAL BRIGHAM, INC.** ) | |
| Defendant. ) | |

**<u>Plaintiff Jamie Steverman's Verified Emergency Motion To Exceed Motion Page Limit</u>**

Plaintiff, Jamie Steverman, moves the court on an emergency basis to allow her to exceed the twenty page limit imposed on memoranda by Local Rule 7.1, and to file an opposition of twenty-five pages to the defendant's motion for summary judgment. She is not seeking an extension of the date to file her opposition.

Plaintiff's co-counsel sought an assent from the defendant's counsel prior to making this motion, which was summarily denied. Plaintiff's legal team spent a number of hours considering cuts to the prepared opposition, and concluded that a request to the court for a page extension would be more proper than to cut the substance of the memorandum.

WHEREFORE, plaintiff Jamie Steverman respectfully requests that the court act on an emergency basis to allow her to file an opposition to the defendant's motion for summary judgment of 25 pages, without the necessity of a hearing.

Stated under penalties of perjury this 1st day of July, 2026.

Page -1-

Respectfully submitted,
The Plaintiff, Jamie Steverman,
By co-counsel,

Dated: July 1, 2026

/s/ Gregory Hession
Gregory A. Hession, J.D.
93 Summer Street
P.O.. Box 543
Thorndike, MA 01079
(413) 746-3333
B.B.O. No. 564457
hession@crocker.com

### Certification of Conference per Local Rule 7.1 (a) (2)

Plaintiff 's counsel attempted to secure assent to the foregoing motion on June 28, 2026 to allow additional pages for the plaintiff's opposition to defendant's motion for summary judgment. That request was denied by defendant's counsel on June 29, 2026.

### Certificate of Service

I, Gregory A. Hession, counsel for plaintiffs, hereby certify that I have served the foregoing paper to counsel for defendant, Kristin G. McGurn, Dawn R. Solowey, and Michael E. Steinberg, at SEYFARTH SHAW LLP, Seaport East, Two Seaport Lane, Suite 1200, Boston, MA 02210-2028, via ECF filing on July 1, 2026.

/s/ Gregory Hession
Gregory A. Hession, J.D.