# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

TYLER ADAMS, MICHELLE ORFANOS,
AND JAMIE STEVERMAN,

        Plaintiffs,

        v.

MASS GENERAL BRIGHAM
INCORPORATED,

        Defendant.

Civil Action No.  1:21-cv-11686-FDS

### AFFIDAVIT OF MICHAEL STEINBERG, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIM OF PLAINTIFF ADAMS

I, Michael Steinberg, hereby depose and state as follows:

1.      I am over 18 years of age and I understand the obligation of an oath. I am a member in good standing of the bar of the Commonwealth of Massachusetts and a partner at Seyfarth Shaw LLP. I am one of the attorneys representing the Defendant, Mass General Brigham, in the above-captioned action. I have personal knowledge of the matters set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts of the Deposition of Medical Panelist 2, dated June 25, 2026.

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of the Declaration of Dr. Dean Hashimoto, dated February 3, 2026.

4.      Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts of the Transcript of Deposition of Tyler Adams, dated June 22, 2022 Deposition of Tyler Adams.

5.      Attached hereto as **Exhibit 4** is a true and accurate copy of the June 26, 2020 Letter from Samantha Flecchia, FNP, BC, which is an excerpt from Exhibit 8 to the May 20, 2025 Deposition of Tyler Adams.

6.    Attached hereto as **Exhibit 5** is a true and accurate copy of the October 24, 2021 Signed Affidavit of Tyler-Marie Adams, which is Exhibit 16 to the June 22, 2022 Deposition of Tyler Adams.

7.    Attached hereto as **Exhibit 6** is a true and accurate copy of Guy Navarra, MD's public profile [https://drguynavarra.com/].

8.    Attached hereto as **Exhibit 7** is a true and accurate copy of Guido Navarra, M.D. Settlement Agreement [https://www.justice.gov/usao-ma/press-release/file/1405421/dl].

9.    Attached hereto as **Exhibit 8** is a true and accurate copy of the February 29, 2024 Massachusetts Board of Medicine Disciplinary Action. [https://www.mass.gov/news/massachusetts-board-of-medicine-takes-disciplinary-action-february-29-2024].

10.   Attached hereto as **Exhibit 9** is a true and accurate copy of the Dermatology Associates About Us page [https://dermatology-assoc.com/aboutus/].

11.   Attached hereto as **Exhibit 10** is a true and accurate copy of excerpts of Plaintiff's April 14, 2022 Phase I Questionnaire, which is Exhibit 2 to the June 22, 2022 Deposition of Tyler Adams.

12.   Attached hereto as **Exhibit 11** is a true and accurate copy of excerpts of the Plaintiff's Vaccine Administration Record, which is Exhibit 4 to the June 22, 2022 Deposition of Tyler Adams.

13.   Attached hereto as **Exhibit 12** is a true and accurate copy of excerpts of the August 10, 2021 Message Regarding Vaccine Requirement, which is Exhibit 5 to the June 22, 2022 Deposition of Tyler Adams.

2

14.    Attached hereto as **Exhibit 13** is a true and accurate copy of Plaintiff's Covid Vaccine Medical Exemption Request Form dated August 16, 2021, which is Exhibit 6 to the June 22, 2022 Deposition of Tyler Adams.

15.    Attached hereto as **Exhibit 14** is a true and accurate copy of Megham Heald's public profile [https://primarycare.bilh.org/details/6674/meghan-heald-adult_nurse_practitioner-primary_care-amesbury].

16.    Attached hereto as **Exhibit 15** is a true and accurate redacted copy of the record of the August 24, 2021 decision rendered by each of the Occupational Health panelists who reviewed Plaintiff's request, which is Exhibit 2 to the June 25, 2026 Deposition of Medical Panelist 2.

17.    Attached hereto as **Exhibit 16** is a true and accurate copy of the August 30, 2021 Exemption Denial Email, which is Exhibit 7 to the June 22, 2022 Deposition of Tyler Adams.

18.    Attached hereto as **Exhibit 17** is a true and accurate copy of the August 31, 2021 Progress Notes from Appointment with Dr. Navarra, which is Exhibit 7 to the May 20, 2025 Deposition of Tyler Adams.

19.    Attached hereto as **Exhibit 18** is a true and accurate copy of the August 30 to September 5, 2021 Email Chain, which is Exhibit 8a to the June 22, 2022 Deposition of Tyler Adams.

20.    Attached hereto as **Exhibit 19** is a true and accurate copy of the September 1, 2021 Letter from Dr. Guido "Guy" Navarra, which is Exhibit 8b to the June 22, 2022 Deposition of Tyler Adams.

21.    Attached hereto as **Exhibit 20** is a true and accurate copy of excerpts of the August 30 to September 16, 2021 Email Chain, which is Exhibit 9 to the June 22, 2022 Deposition of Tyler Adams.

326253294v.2

22.     Attached hereto as **Exhibit 21** is a true and accurate copy of the August 30 to October 1, 2021 Email Chain, which is Exhibit 10 to the June 22, 2022 Deposition of Tyler Adams.

23.     Attached hereto as **Exhibit 22** is a true and accurate copy of the April 16, 2026, Declaration of Tyler Adams.

24.     Attached hereto as **Exhibit 23** is a true and accurate copy of the August 30 to October 1, 2021 Email Chain, which is Exhibit 11 to the June 22, 2022 Deposition of Tyler Adams.

25.     Attached hereto as **Exhibit 24** is a true and accurate copy of the October 1, 2021 Email Chain, which is Exhibit 14 to the June 22, 2022 Deposition of Tyler Adams.

26.     Attached hereto as **Exhibit 25** is a true and accurate copy of the October 20, 2021 Suspension Email, which is Exhibit 17 and 23 to the June 22, 2022 Deposition of Tyler Adams.

27.     Attached hereto as **Exhibit 26** is a true and accurate copy of excerpts of the Transcript of Deposition of Tyler Adams, dated May 20, 2025 Deposition of Tyler Adams.

28.     Attached hereto as **Exhibit 27** is a true and accurate copy of excerpts of the Transcript of the Hearing on  MGB's Motion for Summary Judgment in *Risser v. Mass Gen. Brigham Inc.*, No. 1:24-cv-13230-WGY, dated March 24, 2026.

29.     Attached hereto as **Exhibit 28** is a true and accurate copy of excerpts of  the February 6, 2026, Memorandum of Law in Support of MGB's Motion for Summary Judgment filed in *Risser*, No. 1:24-cv-13230-WGY.

Signed under the penalty of perjury on this 2nd day of July 2026.

*/s/ Michael Steinberg*
Michael Steinberg

4

5

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on July 2, 2026, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Michael Steinberg
Michael Steinberg

326253294v.2