UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TYLER ADAMS, MICHELLE ORFANOS,  )
And JAMIE STEVERMAN,            )
                                )
    Plaintiffs,                 )
                                )    Civil Action No. 1:21-cv-11686-FDS
            v.                  )
                                )
MASS GENERAL BRIGHAM, INC.      )
                                )
    Defendant.                  )

**Affidavit of Gregory A. Hession J.D. in Support of Plaintiff
Jamie Steverman's Opposition to MGB's Motion for Summary Judgment**

I, Gregory A. Hession, hereby depose and state as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and an attorney at the Law Office of Gregory A. Hession. I am co-counsel representing Plaintiff Jamie Steverman in the above-captioned action. I have personal knowledge of the matters set forth herein.

2. I submit this Affidavit in support of Plaintiff Jamie Steverman's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's accompanying Response to Defendant's Statement of Undisputed Facts and Statement of Additional Material Facts.

3. Attached as **Exhibit 1** is a true and accurate copy of the Declaration of Plaintiff Jamie Steverman.

1

4.  **Exhibit 2, which is filed under seal**, is a true and accurate copy of Defendant's tabulation of approved religious and medical exemptions by job title and department, produced by Defendant in discovery and bearing Bates numbers MGB000015806 through MGB000015811.

5.  **Exhibit 3, which is filed under seal,** is a true and accurate copy of the August 2021 MGB Human Resources/Occupational Health recommendation regarding the treatment of employees with approved vaccination exemptions, produced by Defendant in discovery and bearing Bates numbers MGB000005124 through MGB000005130.

6.  **Exhibit 4, which is filed under seal,** is a true and accurate copy of the internal MGB executive email chain concerning the proposed identification badge sticker program for exempt employees, produced by Defendant in discovery and bearing Bates numbers MGB000023122 through MGB000023124 and MGB000027172 through MGB000027173, including the August 11, 2021 email from Katina McKinney, the August 12, 2021 email from Paula Squires, the August 12, 2021 email from Rosemary Sheehan to Ron Walls, and the August 13, 2021 email from Ron Walls to Rosemary Sheehan.

7.  **Exhibit 5, which is filed under seal,** is a true and accurate copy of excerpts of the Transcript of the Deposition of the Religious Exemption Review Committee member assigned as Plaintiff Steverman's communicator, referred to herein and in the accompanying Memorandum as "RERC 5" pursuant to this Court's Protective Order (ECF Nos. 60, 67, 69).

8.  Attached as **Exhibit 6** is a true and accurate copy of Defendant's Sworn Answer to Interrogatory No. 4, dated May 2, 2022.

9. Attached as **Exhibit 7** is a true and accurate copy of the Declaration of Tyler Adams, filed at ECF 285-1 in the case record.

10. Attached as **Exhibit 8** is a true and accurate copy of excerpts of the Transcript of the Deposition of Dr. Michael Klompas, dated August 17, 2022.

11. Attached as **Exhibit 9** is a true and accurate copy of the October 5, 2021 Religious Exemption Review Committee Approval/Denial Guidance document, produced by Defendant in discovery and bearing Bates number range MGB000023456 through MGB000023458, also docketed publicly at ECF No. 161-2, p. 134.

12. Attached as **Exhibit 10** is a true and accurate copy of the statement of Rochelle Walensky M.D. August 8, 2021interview  on CNN with Wolf Blitzer.

13. Attached as **Exhibit 11** is a true and accurate copy of the Declaration of Kevin McKernan.

14. Attached as **Exhibit 12** is a true and accurate copy of the *curriculum vitae* of Kevin McKernan.

15. Attached as **Exhibit 13** is a true copy of the Massachusetts Secretary of State summary for New England Life Care, found on the official Massachusetts corporations database web site. .

16. **Exhibit 14, which is filed under seal,** is a true and accurate copy of the deposition of Marvel Kim.

17. Attached as **Exhibit 15** is a true and accurate copy of an email from Dean Hashimoto M.D. to Rosemary Sheehan dated September 13, 2021. (MGB000023572)

18. Attached as **Exhibit 16** is a true and accurate copy of excerpts of the deposition of MGB Chief Human Resources Officer Rosemary Sheehan. .

19. Attached as **Exhibit 17** is a true and accurate copy of excerpts of the deposition of MGB Chief Operating Officer Ron Walls.

20. Attached as **Exhibit 18** is a true and accurate copy of the *Brigham Bulletin* dated August 10, 2021, containing an interview with MGB epidemiologist Michael Klompas, M.D.

21. Attached as **Exhibit 19** is a true and accurate copy of an email from Dean Hashimoto M.D. to Ron Walls, dated August 13, 2021.

22. Attached as **Exhibit 20** is a true and accurate copy of the Declaration of Jessica Rose, Ph.D..

23. Attached as **Exhibit 21** is a true and accurate copy of the *curriculum vitae* of Jessica Rose, Ph.D..

24. Attached as **Exhibit 22** is a true and accurate copy of the Declaration of Richard Amerling, M.D.

25. Attached as **Exhibit 23** is a true and accurate copy of the *curriculum vitae* of Richard Amerling, M.D.

Signed under the penalty of perjury on this 2nd day of July, 2026.

/s/ Gregory A. Hession.
Gregory A. Hession, J.D.
93 Summer Street,
P.O. Box 543
Thorndike, MA 01079
Tel: (413) 289-9164
gregoryhession@protonmail.com
B.B.O. No. 564457

4