**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

TYLER ADAMS, MICHELLE ORFANOS,
AND JAMIE STEVERMAN,

Plaintiffs,

v.

MASS GENERAL BRIGHAM
INCORPORATED,

Defendant.

Civil Action No.   1:21-cv-11686-FDS

## MOTION TO STRIKE THE DECLARATIONS OF KEVIN MCKERNAN, JESSICA ROSE, AND DR. RICHARD AMERLING AND RELATED MATERIAL

Defendant Mass General Brigham Incorporated ("MGB") files this Motion to Strike the Declarations of Kevin McKernan, Jessica Rose, and Dr. Richard Amerling (the "Purported Experts"), their accompanying CVs, and all material in Plaintiff Steverman's Opposition to MGB's Motion for Summary Judgment that relies on information contained in those Purported Experts' Declarations. Plaintiff Jamie Steverman submitted the declarations of the three Purported Experts to the Court on Thursday, July 2, 2026 as exhibits to her opposition to MGB's motion for summary judgment despite having never disclosed them as supposed experts ("Steverman Opposition" at ECF No. 451).

Plaintiff Steverman's submission of these declarations is an audacious violation of the Federal Rules of Civil Procedure regarding expert disclosures, and of this Court's express directives that expert discovery would not occur until *after* summary judgment and that the Plaintiffs would not be heard to present expert evidence on COVID-19 vaccine safety or efficacy.

326995918v.1

For these reasons and those detailed in the accompanying Memorandum of Law, MGB respectfully requests that this Court (i) strike the declarations of Kevin McKernan, Jessica Rose, and Dr. Richard Amerling, including their accompanying CVs, and all material in Plaintiff Steverman's Opposition and accompanying materials that relies on information contained in those Declarations, (ii) Order that Plaintiffs may not otherwise rely on information contained in those Declarations in this action (including in response to the now-pending Motion for Summary Judgment as to Plaintiff Adams (ECF No. 446) and forthcoming Motion for Summary Judgment as to Plaintiff Orfanos) until this matter proceeds to expert discovery and Plaintiffs comply with the procedure for disclosing expert identities and opinions; and (iii) enter such further relief as may be just and proper.

**Dated:** July 6, 2026

MASS GENERAL BRIGHAM INCORPORATED

By Its Attorneys,
Respectfully Submitted,

*/s/ Dawn R. Solowey*

Kristin McGurn (BBO# 559687)
Dawn Reddy Solowey (BBO# 567757)
Michael Steinberg (BBO# 690997)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
kmcgurn@seyfarth.com
dsolowey@seyfarth.com
msteinberg@seyfarth.com
TEL: (617) 946-4800
FAX: (617) 946-4801

2

326995918v.1

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I hereby certify that counsel for MGB conferred with counsel for Plaintiffs by email on July 6, 2026 regarding the issues raised in the instant motion in a good faith attempt to narrow the issues.

*/s/ Dawn R. Solowey*
Dawn R. Solowey

## CERTIFICATE OF SERVICE

I, Dawn R. Solowey, certify that on July 6, 2026, a true and accurate copy of the foregoing document to be filed and uploaded to the CM/ECF system.

*/s/ Dawn R. Solowey*
Dawn R. Solowey

3

326995918v.1