**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **TYLER ADAMS,** )<br>**MICHELLE ORFANOS,** )<br>**JAMIE STEVERMAN,** )<br>Plaintiffs )<br>vs. )<br> )<br>**MASS GENERAL BRIGHAM, INC.** )<br>Defendant. )<br> ) | **Civil Action No.  1:21-CV-11686-FDS** |

**<u>Assented Motion To Extend Deadline For Filing Responses</u>**

Plaintiffs move for an order allowing them extensions of the deadlines to file oppositions/responses to the *Defendant's Motion For Summary Judgment on the Claim of Plaintiff Adams* (ECF 446) until August 3, 2026, (due on July 16) and Defendant's *Motion For Plaintiff's Counsel to Show Cause As to Why Sanctions Should Not Issue* (ECF 450), until July 30, 2026 (due on July 23).

As reason for this motion, plaintiff's co-counsel has been receiving intensive treatment for serious illness, and has been unable to work, and her contributions to both responses are needed.

Defendant Mass. General Brigham has assented to this extension.

Respectfully submitted,
The Plaintiffs,
By co-counsel,

Dated: July 9, 2026

/s/ Gregory Hession
Gregory A. Hession, J.D.
93 Summer Street
P.O. Box 543
Thorndike, MA 01079
(413) 746-3333
B.B.O. No. 564457
hession@crocker.com

**Assent, For Defendant:**

/s/ Dawn R. Solowey
Dawn Reddy Solowey, Esq. ( BBO# 567757)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
dsolowey@seyfarth.com
Tel: (617) 946-4800

2