Exhibit A

# Exhibit A

**From:** Gregory Hession <hession@crocker.com>
**Sent:** Tuesday, June 9, 2026 7:46 PM
**To:** Solowey, Dawn
**Cc:** Sujata Gibson; James Mermigis; Steinberg, Michael; Miller, Emily
**Subject:** Re: MGB / Adams: Documents Follow Up from Status Conference

**This Message Is From an External Sender**
This message came from outside your organization.

Hello Dawn:

Thank you for the estimate. It's helpful to have that cost range. I'll let you know ASAP. If we agree to have you retrieve the documents, we will keep our commitment to make the payment to you.

GAH

--- Original message ---
**Subject:** MGB / Adams: Documents Follow Up from Status Conference
**From:** "Solowey, Dawn" <DSolowey@seyfarth.com>
**To:** Gregory Hession <hession@crocker.com>
**Cc:** Sujata Gibson <sujata@gibsonfirm.law>, James Mermigis <james@mermigislaw.com>, "Steinberg, Michael" <MSteinberg@seyfarth.com>, "Miller, Emily" <EmMiller@seyfarth.com>
**Date:** Tuesday, 09/06/2026 2:53 PM

Greg,
Please let us know as soon as possible whether Plaintiffs would like MGB to search for and produce any documents in the Bates range that Attorney McLane is missing (MGB000020945-22964) that include Plaintiffs' last names, as Judge Saylor described during the status conference yesterday. We anticipate that it would require 2-3 hours of associate time and 1-2 hours of ESI attorney time – or approximately $1330 - $2165 -- to complete that exercise and will take approximately one week. Per ECF No. 426, Plaintiffs would "bear both the actual costs of re-producing the documents and the reasonable fees for any attorney or professional time expended in sorting, reviewing, and producing the documents."
The associate closest to the ESI is on vacation next week, so to avoid any delay, please let us know as soon as you can if you would like us to undertake that exercise—and if so, please confirm that Plaintiffs will pay the fees and costs that we incur in doing so within 14 days of receiving the documents and our notice of actual fees incurred.
Thank you,
Dawn

**Dawn R. Solowey** | Partner | Seyfarth Shaw LLP
Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028
Direct: +1-617-946-4985 | Fax: +1-617-439-3675
DSolowey@seyfarth.com | www.seyfarth.com
[ Image ]

[ Image ]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.