Exhibit C

# Exhibit C

Brockton Republican City Committee's Post

**Brockton Republican City Committee** is in **Brockton, MA**.
July 14 · Punisher · The Hyphenate, Judo Keys ·

🚨 URGENT: STAND WITH THE FINAL 3 IN FEDERAL COURT 🚨
Join Us Tuesday, July 14, 2026 • 2:00 PM

After nearly five years of litigation, The Final 3—Tyler Adams, Jamie Steverman, and Michelle Orfanos—return to federal court for one of the most important hearings in this landmark case against Mass General Brigham.

Why This Hearing Matters

Mass General Brigham's Motion for Summary Judgment argues that COVID-19 vaccination reduced transmission and justified denying religious and medical accommodations.

In response, the plaintiffs submitted declarations challenging those claims. MGB has now filed a Motion to Strike those opinions from the record.

At this hearing, the Court will hear oral arguments on whether that evidence—including declarations from Kevin McKernan, Jessica Rose, and Dr. Richard Amerling—should remain part of the federal record.

The outcome could significantly affect what evidence the Court considers as this case moves toward trial.

Attend In Person or by Zoom

📍 In Person

John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Please arrive early to allow time for courthouse security. A government-issued photo ID is required.

💻 Attend by Zoom

To receive the Zoom link, register through the U.S. District Court.

Registration:

Complete the registration form for Judge F. Dennis Saylor IV
Select July 14, 2026
Use your exact legal name, and make sure it matches your Zoom display name exactly.
Register at least two days before the hearing to allow time for approval.
Your participation—whether in person or online—demonstrates that the public is paying attention and values transparency, fairness, and accountability in the judicial process.

Support the Fight

This case has continued because of the generosity of supporters across the country.

Thank you to every donor who has given so far— Every contribution goes directly toward supporting this lawsuit.

Donate: GiveSendGo

https://www.givesendgo.com/GF8WE

"Defending our rights. Protecting your freedom."




2